# AZ Unreturned Live Agent - Mass Markets

|  |  |  | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 5,604 | **Completes** |  | **745** | **1,881** | **2,978** |
|  |  |  |  |  |  |
| 684 | **Q4=01** | 1-Completed Survey | 116 | 212 | 356 |
| 1,945 | **VM Message Left** | 2-Message Delivered VM | 90 | 657 | 1,198 |
| 2,975 | **up/RC** | 3-Refused | 539 | 1,012 | 1,424 |
| 74,437 | **No Answer** | 4-No Answer | 6,764 | 25,056 | 42,617 |
| 1,663 | **Numbers/Language** | 5-Bad Number | 245 | 384 | 1,034 |
|  |  |  |  |  |  |
| 100.00% | **List Penetration** |  |  |  |  |
|  |  |  |  |  |  |
| 81,708 | **Data Loads** |  |  |  |  |

| Q1 - May I please speak to <lead on screen>? |  | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 1,812 | 40.05% | A-Reached Target | 307 | 554 | 951 |
| 335 | 7.40% | Uncertain | 80 | 124 | 131 |
| 2,377 | 52.54% | X = Refused | 382 | 854 | 1,141 |
| 0 | 0.00% |  |  |  |  |
| 4,524 | **100.00%** | **Sum of All Responses** | **769** | **1,532** | **2,223** |

| Q2 - Did you request Absentee Ballot in state of AZ? |  | Response |  |  |  |
|---|---|---|---|---|---|
|  |  |  | 11/15/2020 | 11/16/2020 | 11/17/2020 |
| 1,120 | 45.00% | A-Yes [Go to Q3] | 210 | 361 | 549 |

| | | | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 885 | 35.56% | B-No [Go to Q4] | 162 | 286 | 437 |
| 24 | 0.96% | Member) [Go to Q3] | 5 | 9 | 10 |
| 21 | 0.84% | Member) [Go to Q4] | 3 | 10 | 8 |
| 72 | 2.89% | E-Unsure [Go to Close A] | 10 | 18 | 44 |
| 7 | 0.28% | [Go to Close A] | - | 1 | 6 |
| 360 | 14.46% | X = Refused | 45 | 69 | 246 |
| | | | | | |
| **2,489** | **100.00%** | **Sum of All Responses** | **435** | **754** | **1,300** |

| Q3 - Did you mail your ballot | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 344 | 16.16% | A-Yes [Go to Q4] | 67 | 112 | 165 |
| 696 | 32.69% | B-No [Go to Close A] | 116 | 237 | 343 |
| 11 | 0.52% | Member) [Go to Q4] | 2 | 2 | 7 |
| 9 | 0.42% | Member) [Go to Close A] | 1 | 4 | 4 |
| 14 | 0.66% | Close A] | 3 | 4 | 7 |
| 1,055 | 49.55% | X = Refused | 201 | 326 | 528 |
| | | | | | |
| **2,129** | **100.00%** | **Sum of All Responses** | **390** | **685** | **1,054** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 678 | 82.48% | A-Yes (Capture Number) [Go to Q5] | 116 | 212 | 350 |
| 144 | 17.52% | B-Refused [Go to Q5] | 38 | 50 | 56 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0.00% | | | | |
| 0 | 0.00% | | | | |
| **822** | **100.00%** | Sum of All Responses | 154 | 262 | 406 |

| Q5 - Can you provide us your email address? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 127 | 18.57% | 01-Yes [Go to Close B] | 24 | 36 | 67 |
| 557 | 81.43% | 02-No [Go to Close B] | 92 | 176 | 289 |
| 0 | 0.00% | | | | |
| **684** | **100.00%** | Sum of All Responses | 116 | 212 | 356 |