# 0270 PA Absentee Live ID Topline

|  |  |  | 11/9/2020 | 11/10/2020 | 11/11/2020 |
|---:|---|---|---:|---:|---:|
| 18037 | **Completes** |  | **4419** | **13618** | **0** |
|  |  |  |  |  |  |
| 834 | survey** - Q4=01 | status = C | 178 | 656 |  |
| 14,203 | Machines | status = AM | 3465 | 10738 |  |
| 3,000 | Hang up/RC | status = R, IR, RC, DC | 776 | 2224 |  |
| 3,521 | Numbers/Languag | status = D, BC,WN, NE | 556 | 2965 |  |
| 0 | MA | status = MA |  |  |  |
|  |  |  |  |  |  |
| 87.70% | List Penetration |  |  |  |  |
|  |  |  |  |  |  |
| 24,581 | Data Loads |  | 24,581 |  |  |

| Q1 - May I please speak to <lead on screen>? |  | Response | 9-Nov | 10-Nov | 11-Nov |
|---:|---:|---|---:|---:|---:|
| 2,262 | 75.86% | 1. Reached Target [Go to Q2]. | 593 | 1,669 |  |
| 422 | 14.15% | Q2]. | 102 | 320 |  |
| 298 | 9.99% | X = Refused <Go to CLOSE A> | 77 | 221 |  |
| 739 | 24.78% | Q = Hangup <Go to CLOSE A> | 160 | 579 |  |
| **2,982** | **100.00%** | **Sum of All Responses** | **932** | **2789** | **0** |

| Q2 - Did you request an absentee ballot? |  | Response | 9-Nov | 10-Nov | 11-Nov |
|---:|---:|---|---:|---:|---:|
| 1,114 | 43.91% | 1. Yes. [Go to Go to Q3]. | 331 | 783 |  |
| 531 | 20.93% | 2. No. [Go to Q4]. | 131 | 400 |  |

| | | | 9-Nov | 10-Nov | 11-Nov |
|---:|---:|---|---:|---:|---:|
| 36 | 1.42% | confirmed "Yes" [Go to Q3] | 12 | 24 | |
| 25 | 0.99% | confirmed "No" [Go to Q4] | 9 | 16 | |
| 91 | 3.59% | 5. Unsure. [Go to Q3]. | 25 | 66 | |
| 89 | 3.51% | moment. [Go to Close A] | 17 | 72 | |
| 544 | 21.44% | A] | 105 | 439 | |
| 107 | 4.22% | X = Refused <Go to CLOSE A> | 29 | 78 | |
| 147 | 5.79% | Q = Hangup <Go to CLOSE A> | 36 | 111 | |
| **2,537** | **100.00%** | **Sum of All Responses** | **695** | **1989** | **0** |

| Q3 - Did you mail back that ballot? | | Response | 9-Nov | 10-Nov | 11-Nov |
|---:|---:|---|---:|---:|---:|
| 452 | 39.75% | 1. Yes. [Go to Go to Q4]. | 90 | 362 | |
| 632 | 55.58% | 2. No. [Go to Close A]. | 229 | 403 | |
| 11 | 0.97% | confirmed "Yes" [Go to Q4] | 1 | 10 | |
| 11 | 0.97% | confirmed "No" [Go to Close A] | 4 | 7 | |
| 15 | 1.32% | 5. Unsure. [Go to Close A]. | 6 | 9 | |
| 2 | 0.18% | moment. [Go to Close A] | 0 | 2 | |
| 14 | 1.23% | X = Refused <Go to CLOSE A> | 5 | 9 | |
| 13 | 1.14% | Q = Hangup <Go to CLOSE A> | 8 | 5 | |
| **1,137** | **100.00%** | **Sum of All Responses** | **343** | **807** | **0** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 9-Nov | 10-Nov | 11-Nov |
|---:|---:|---|---:|---:|---:|
| 834 | 87.61% | 01 = Yes <Go to CLOSE B> | 178 | 656 | |
| 118 | 12.39% | X = Refused <Go to CLOSE A> | 36 | 82 | |
| 67 | 7.04% | Q = Hangup <Go to CLOSE A> | 17 | 50 | |
| **952** | **100.00%** | **Sum of All Responses** | **231** | **788** | **0** |