# WI Unreturned Live Agent - Mass Markets

|  |  |  | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 4,614 | **Completes** |  | - | **3,483** | **1,131** |
|  |  |  |  |  |  |
| 433 | **Completed survey** - Q4=0** | 1-Completed Survey | - | 300 | 133 |
| 1,053 | **VM Message Left** | 2-Message Delivered VM | - | 804 | 249 |
| 3,128 | **Refused/Early Hang up/RC** | 3-Refused | - | 2,379 | 749 |
| 50,712 | **No Answer** | 4-No Answer | - | 40,391 | 10,321 |
| 1,944 | **Bad/Wrong Numbers/Langu** | 5-Bad Number | - | 1,289 | 655 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 100.00% | **List Penetration** |  |  |  |  |
|  |  |  |  |  |  |
| 57,271 | **Data Loads** |  |  |  |  |

| Q1 - May I please speak to <lead on screen>? |  | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 2,261 | 64.69% | A-Reached Target + B-What Is This About? / Uncertain | - | 1,343 | 475 |
| 1,677 | 47.98% | X = Refused | - | 1,202 | 475 |
| 0 | 0.00% |  |  |  |  |
| 3,495 | **100.00%** | **Sum of All Responses** | **-** | **2,545** | **950** |

| Q2 - Did you request Absentee Ballot in state of WI? |  | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 1,699 | 62.39% | A-Yes [Go to Q3] | - | 1,374 | 325 |

| | | | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|:---:|---:|---:|
| 379 | 13.92% | B-No [Go to Q4] | - | 240 | 139 |
| 32 | 1.18% | C-Yes (per Spouse/family Member) [Go to Q3] | - | 16 | 16 |
| 4 | 0.15% | D-No (per Spouse/family Member) [Go to Q4] | - | - | 4 |
| 44 | 1.62% | E-Unsure [Go to Close A] | - | 25 | 19 |
| 4 | 0.15% | F-Not Available At The Moment [Go to Close A] | - | 2 | 2 |
| 561 | 20.60% | X = Refused | - | 405 | 156 |
| | | | | | |
| | | | | | |
| **2,723** | **100.00%** | **Sum of All Responses** | **-** | **2,062** | **661** |

| Q3 - Did you mail your ballot back? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|:---:|---:|---:|
| 316 | 14.67% | A-Yes [Go to Q4] | - | 238 | 78 |
| 1,286 | 59.70% | B-No [Go to Close A] | - | 1,069 | 217 |
| 9 | 0.42% | C-Yes (per Spouse/family Member) [Go to Q4] | - | 4 | 5 |
| 15 | 0.70% | D-No (per Spouse/family Member) [Go to Close A] | - | 8 | 7 |
| 28 | 1.30% | E-Unsure / Refused [Go to Close A] | - | 24 | 4 |
| 500 | 23.21% | X = Refused | - | 314 | 186 |
| | | | - | | |
| | | | | | |
| **2,154** | **100.00%** | **Sum of All Responses** | **-** | **1,657** | **497** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 432 | 80.00% | A-Yes (Capture Number) [Go to Q5] | - | 300 | 132 |
| 108 | 20.00% | B-Refused  [Go to Q5] | - | 77 | 31 |
| 0 | 0.00% | | | | |
| 0 | 0.00% | | | | |
| **540** | **100.00%** | **Sum of All Responses** | **-** | **377** | **163** |

| Q5 - Can you provide us your email address? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 50 | 11.55% | 01-Yes [Go to Close B] | - | 37 | 13 |
| 383 | 88.45% | 02-No  [Go to Close B] | - | 263 | 120 |
| 0 | 0.00% | | | | |
| **433** | **100.00%** | **Sum of All Responses** | **-** | **300** | **133** |