# 0276 GA Unreturned_Absentee Live ID Topl

| | |
|---:|:---|
| **15179** | **Completes** |
| | |
| 184 | Completed survey** - Q5=01 or 02 |
| 13,479 | Answering Machines |
| 1,516 | Refused/Early Hang up/RC |
| 4,902 | Bad/Wrong Numbers/Language Barrier |
| 0 | MA |
| | |
| 58.45% | List Penetration |
| | |
| 34,355 | Data Loads |

| Q1 - May I please speak to &lt;lead on screen&gt;? | |
|---:|---:|
| 767 | 65.28% |
| 255 | 21.70% |
| 153 | 13.02% |
| 385 | 32.77% |
| **1,175** | **100.00%** |

| Q2 - Did you request an absentee ballot? | |
|---:|---:|
| 591 | 61.31% |
| 128 | 13.28% |

| | |
|---|---|
| 39 | 4.05% |
| 14 | 1.45% |
| 40 | 4.15% |
| 82 | 8.51% |
| 70 | 7.26% |
| 58 | 6.02% |
| **964** | **100.00%** |

| Q3 - Did you mail back that ballot? | |
|---|---|
| 240 | 38.52% |
| 317 | 50.88% |
| 17 | 2.73% |
| 9 | 1.44% |
| 24 | 3.85% |
| 11 | 1.77% |
| 5 | 0.80% |
| 7 | 1.12% |
| **623** | **100.00%** |

| Q4 - Can you please give us the best phone number to reach you at? | |
|---|---|
| 313 | 82.15% |
| 49 | 12.86% |
| 19 | 4.99% |
| 18 | 4.72% |
| **381** | **100.00%** |

| Q5 - May we please have an email address to follow-up as well? | |
|---|---:|
| 99 | 28.86% |
| 229 | 66.76% |
| 15 | 4.37% |
| 19 | 5.54% |
| **343** | **100.00%** |

ine

|  | 11/16/2020 | 11/17/2020 |
|---|---|---|
|  | **8143** | **7036** |
|  |  |  |
| status = C | 64 | 120 |
| status = AM | 7090 | 6389 |
| status = R, IR, RC, DC | 989 | 527 |
| status = D, BC,WN, NE | 2436 | 2466 |
| status = MA | 0 | 0 |
|  |  |  |
|  |  |  |
|  |  |  |
|  | 34,355 |  |

| Response | 16-Nov | 17-Nov |
|---|---|---|
| 1. Reached Target [Go to Q2]. | 446 | 321 |
| 2. "What is this about?"/Uncertain [Go to Q2]. | 165 | 90 |
| X = Refused <Go to CLOSE A> | 104 | 49 |
| Q = Hangup <Go to CLOSE A> | 267 | 118 |
| **Sum of All Responses** | **982** | **578** |

| Response | 16-Nov | 17-Nov |
|---|---|---|
| 1. Yes. [Go to Go to Q3]. | 343 | 248 |
| 2. No. [Go to Q4]. | 84 | 44 |

| Response | 16-Nov | 17-Nov |
|---|---|---|
| 3. Spouse/other household member confirmed "Yes" [Go to Q3] | 24 | 15 |
| 4. Spouse/other household member confirmed "No" [Go to Q4] | 11 | 3 |
| 5. Unsure. [Go to Q3]. | 26 | 14 |
| 6. Actual target not available at the moment. [Go to Close A] | 48 | 34 |
| X = Refused <Go to CLOSE A> | 42 | 28 |
| Q = Hangup <Go to CLOSE A> | 33 | 25 |
| **Sum of All Responses** | **611** | **411** |

| Response | 16-Nov | 17-Nov |
|---|---|---|
| 1. Yes. [Go to Go to Q4]. | 149 | 91 |
| 2. No. [Go to Close A]. | 174 | 143 |
| 3. Spouse/other household member confirmed "Yes" [Go to Q4] | 10 | 7 |
| 4. Spouse/other household member confirmed "No" [Go to Close A | 4 | 5 |
| 5. Unsure. [Go to Close A]. | 14 | 10 |
| 6. Actual target not available at the moment. [Go to Close A] | 8 | 3 |
| X = Refused <Go to CLOSE A> | 5 | 0 |
| Q = Hangup <Go to CLOSE A> | 3 | 4 |
| **Sum of All Responses** | **367** | **263** |

| Response | 16-Nov | 17-Nov |
|---|---|---|
| 01 = Yes <Go to Q5> | 205 | 108 |
| 02 = No <Go to Q5> | 26 | 23 |
| X = Refused <Go to CLOSE A> | 13 | 6 |
| Q = Hangup <Go to CLOSE A> | 10 | 8 |
| **Sum of All Responses** | **254** | **145** |

| Response | 16-Nov | 17-Nov |
|---|---:|---:|
| 01 = Yes <Go to CLOSE B> | 64 | 35 |
| 02 = No <Go to CLOSE B> | 144 | 85 |
| X = Refused <Go to CLOSE A> | 11 | 4 |
| Q = Hangup <Go to CLOSE A> | 12 | 7 |
| **Sum of All Responses** | **231** | **131** |