IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs.

v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARLC L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN HUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

CASE NO. 2:20-cv-1771

---

# PLAINTIFFS' MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF

---

Pursuant to FRCP 65 and Civil L. R. 7, COMES NOW Plaintiffs, William Feehan and Derrick Van Orden, by and through their undersigned counsel, and file this Emergency Motion for Temporary Restraining Order and Permanent Injunctive Relief.

The specific relief requested by Plaintiff is set forth in the proposed form of Order is attached. The basis for the Motion is set forth in Plaintiffs Memorandum submitted in support.

1

Respectfully submitted, this 30th day of November 2020.

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission forthcoming

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day e-filed the foregoing Plaintiffs' Motion To File Affidavits Under Seal and For In Camera Review with the Clerk of Court using the CM/ECF system, and that I have delivered the filing to the Defendants by email and FedEx at the following addresses:

2