IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM FEEHAN, DERRICK VAN ORDEN,<br><br>    Plaintiffs,<br><br>  v.<br><br>WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,<br><br>    Defendants. | CASE NO. 2:20-cv-1771 |

---

PLAINTIFFS' DISCLOSURE STATEMENT

---

The undersigned, as counsel of record for Plaintiffs William Feehan and Derrick Van Orden provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorneys represents in this matter:

    All Plaintiffs: William Feehan and Derrick Van Orden

2. Parent corporations and stockholders:

    a. Parent corporations, if any:

        Not applicable.

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:

        Not applicable.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

*Lead Counsel for Plaintiffs* **

    Sidney Powell
    Sidney Powell P.C.
    2911 Turtle Creek Blvd.
    #300
    Dallas, TX 75219-4480
    (214) 707-1775
    sidney@federalappeals.com

    Of Counsel:

    Julia Z. Haller (D.C. Bar No. 466921) **
    Brandon Johnson (D.C. 491730) **
    Emily P. Newman (Virginia Bar No. 84265) **

    2911 Turtle Creek Blvd.
    Suite 300
    Dallas, Texas 75219

    L. Lin Wood **
    GA Bar No. 774588
    L. LIN WOOD, P.C.
    P.O. Box 52584
    Atlanta, GA 30305-0584
    Telephone: (404) 891-1402

    Howard Kleinhendler **
    New York Bar No. 2657120
    Howard Kleinhendler Esquire
    369 Lexington Avenue, 12th Floor
    New York, New York 10017
    (917) 793-1188
    howard@kleinhendler.com

    ** Applications for admission forthcoming

*Local Counsel for Plaintiffs*

    Michael D. Dean
    P.O. Box 2545
    Brookfield, WI 53008
    (262) 798-8044
    miked@michaelddeanllc.com
    Wis. Bar No.01019171

    Daniel J. Eastman
    P.O. Box 158
    Mequon, Wisconsin 53092
    (414) 881-9383
    daneastman@me.com
    Wis. Bar No.1011433

Dated December 1, 2020

                        Attorneys for Plaintiffs

                        SIDNEY POWELL P.C.

                        /s *Sidney Powell*
                        _____
                        Sidney Powell
                        Sidney Powell P.C.
                        2911 Turtle Creek Blvd.
                        #300
                        Dallas, TX 75219-4480
                        (214) 707-1775
                        sidney@federalappeals.com
                        Attorneys for Plaintiff

                        MICHAEL D. DEAN, LLC

                        /s *Michael D. Dean*
                        _____
                        Michael D. Dean, SBN 01019171
                        P.O. Box 2545
                        Brookfield, WI  53008
                        (262) 798-8044
                        miked@michaelddeanllc.com