# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs.

v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARLC L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN HUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

CASE NO. 2:20-cv-1771

---

## PLAINTIFFS' CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF

---

Pursuant to FRCP 65 and Civil L. R. 7, COME NOW Plaintiffs, William Feehan and Derrick Van Orden, by and through their undersigned counsel, and file this Amended Motion for Declaratory, Emergency, and Permanent Injunctive Relief.

This Corrected Motion is to correct the Motion filed earlier this same day, which was a draft Motion inadvertently filed as the original Motion without attaching the Proposed Order pursuant to the Court's Electronic Case Filing Policies and Procedures Manual.

.

1

The specific relief requested by Plaintiff is set forth in the proposed Order is attached. The basis for the Motion is set forth in Plaintiffs' Memorandum submitted in support.

Respectfully submitted, this 1st day of December, 2020.

LEAD COUNSEL FOR PLAINTIFFS

/s Sidney Powell**
Sidney Powell
Texas Bar No. 16209700
Sidney Powell PC
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
(517) 763-7499
sidney@federalappeals.com

Howard Kleinhendler **
New York Bar No. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

**Applications for admission forthcoming

Local Counsel for Plaintiffs

Michael D. Dean
Wis. Bar No.01019171
P.O. Box 2545
Brookfield, WI 53008
(262) 798-8044
miked@michaelddeanllc.com

Daniel J. Eastman
Wis. Bar No.1011433
P.O. Box 158
Mequon, Wisconsin 53092
(414) 881-9383
daneastman@me.com

**CERTIFICATE OF ELECTRONIC SERVICE**

Pursuant to FRCP 65, this is to certify that upon filing of this Motion, Plaintiffs will provide electronic notice to Defendants of this Action and Motion as follows:

Defendants Wisconsin Elections Commission and
Wisconsin Elections Commissioners:
elections@wi.gov

Defendant Governor Tony Evers
eversinfo@wisconsin.gov