## Declaration of Russell James Ramsland, Jr.

1. My name is Russell James Ramsland, Jr., and I am a resident of Dallas County, Texas. I make this declaration pursuant to 28 USC sec 1746. I am over 18 years of age. I hold an MBA from Harvard University, and a political science degree from Duke University. I have worked with the National Aeronautics and Space Administration (NASA) and the Massachusetts Institute of Technology (MIT), among other organizations, and have run businesses all over the world, many of which are highly technical in nature. I have served on technical government panels.

2. I am part of the management team of Allied Security Operations Group, LLC, (ASOG). ASOG is a group of globally engaged professionals who come from various disciplines to include Department of Defense, Secret Service, Department of Homeland Security, and the Central Intelligence Agency. It provides a range of security services, but has a particular emphasis on cybersecurity, open source investigation and penetration testing of networks. We employ a wide variety of cyber and cyber forensic analysts. We have patents pending in a variety of applications from novel network security applications to SCADA (Supervisory Control and Data Acquisition) protection and safe browsing solutions for the dark and deep web. For this report, I have relied on these experts and resources.

3. In November 2018, ASOG analyzed audit logs for the central tabulation server of the ES&S Election Management System (EMS) for the Dallas, Texas, General Election of 2018. Our team was surprised at the enormous number of error messages that should not have been there. They numbered in the thousands, and the operator ignored and overrode all of them. This led to various legal challenges in that election, and we provided evidence and analysis in some of them.

4. As a result, ASOG initiated an 18-month study into the major EMS providers in the United States, among which is Election Systems and Software ("ES&S") that provides EMS services for Wisconsin. We did thorough background research of the literature and discovered there is confirmed evidence from both Democrat and Republican stakeholders in the vulnerability of ES&S. Next, we began doing passive penetration testing into the vulnerabilities described in the literature and confirmed for ourselves that in many cases, past vulnerabilities already identified were still left open to exploit in the November 2020 elections. We also noticed a striking similarity between the approach to software and EMS systems of ES&S and Dominion. This was logical since they share a common ancestry in the Diebold voting system.

5. Over the past three decades, almost all of the states have shifted from a relatively low-technology format to a high-technology format that relies heavily on a handful of private services companies. These private companies supply the hardware and software, often handle voter registrations, hold the voter records, partially manage the elections, program counting the votes and report the outcomes. Wisconsin is one of those states.

6. These systems contain a large number of known vulnerabilities to hacking and tampering, both when voters express their voting intention by marking an electronic ballot using ballot marking devices (BMDs), and at the back end where the votes are stored, tabulated, and reported by election officials. These vulnerabilities are well known, and experts in the field have written extensively about them.. This is not surprising as there are no federal standards for security in voting system software. EAC 2.0 was to be written to address this issue, but was never done.

7. Below is a screenshot from the ES&S Security Test Report Electionware 5.2.1.0 – 8/28/17 – Freeman, Craft, McGregor Group. It shows an incredible number of vulnerabilities in the system by which inside and external threats can manipulate the outcomes in a variety of ways.

Electionware Servers

| Missing Operating System Patches | |
|---|---|
| Critical | 17 |
| Important | 49 |
| Moderate | 2 |
| Unrated | 8 |

| SCAP Misconfigurations | |
|---|---|
| Windows 2008 R2 STIG[3] | 46 |
| Firewall STIG Configuration | 3 |
| .NET Framework 4 STIG Configuration | 2 |
| Internet Explorer 9 STIG Configuration | 13 |

Electionware Clients

| Missing Operating System Patches | |
|---|---|
| Critical | 24 |
| Important | 51 |
| Moderate | 1 |
| Unrated | 9 |

| SCAP Misconfigurations | |
|---|---|
| Windows 7 STIG | 51 |
| Firewall STIG Configuration | 3 |
| .NET Framework 4 STIG Configuration | 2 |
| Internet Explorer 9 STIG Configuration | 3 |
| Windows 7 USGCB[4] Configuration | 45 |
| Firewall USGCB Configuration | 8 |

Screenshot

Recently ES&S moved many of its systems into the cloud behind cloudfare, but ASOG determined that this protection can still be easily circumvented by gaining access through its FTP site ESSVotes.

7. Election Systems and Software ("ES&S") is a privately held company that provides election technologies and services to government jurisdictions. Almost all the counties of Wisconsin use the ES&S Election Management System with the exception of Sheboygan County. ES&S systems have options to be an electronic, paperless voting system with no permanent record of the voter's choices, or a paper ballot-based system or hybrid of those two.

9. The overwhelming vulnerabilities of the ES&S system were on full display in Dallas County where ES&S is used, during the 2020 General Election. Data has been provided by the Dallas County Election Department. The Voter Registration Database was received October 13, 2020 following an Open Records Request by The Dallas Examiner. The Mail-In and Early Voting Rosters were downloaded daily from the County's computers. All Texas counties are required by law to publish daily voting rosters.

10. In that election, the voter records during early voting were captured each day for those voters who cast ballots either in person or by mail-in and catalogued using the hash totals to provide an absolute unique identifier. As required by state law, the Dallas County Elections Department published the Daily Vote Roster for all voters who cast ballots during Absentee and In-Person Early Voting. The Roster contained the VoterID, name, address, type of vote, and various dates associated with every Early-Voting vote cast.

Dallas County claims its source of roster data was the In-Person Electronic Poll Books, and the Absentee Ballot scanners. Dallas County has claimed that entry into the Vote Roster can only be done by a registered Dallas County voter who either appeared In-Person or by Absentee Ballot. The computer that generated the roster was apparently hacked between October 7 and October 30. During that period tens of thousands of vote records were purged, added, or edited from the ES&S generated Vote Roster.

Specifically, over this period, 56,974 voter records had their hash identifier changed, meaning the vote was tampered with after it was cast and recorded in the system. In most cases, this tampering took the form of purging the vote, and then re-constituting it in some form or fashion, but with a change in the hash total meaning the vote was somehow changed. Currently it appears 5,690 votes disappeared completely after voting in person. All in all, this translates into approximately 107,000 hacked votes in Dallas County alone for ES&S. Ten blocks of voters on Westminster Street in Highland Park had their votes purged and then some of them were selectively re-instated at a later date with changes. People who double voted were catalogued as well as dead people who voted, people with no VUID voted (approximately 800 of them), unregistered university students voted, and *people living abroad who claim a Dallas Residence for voting purposes, but who, in a spot check are unknown to the residences they list* in the ES&S system. A short list of them includes:

| Country | Voters Who Voted |
|---|---|
| Mexico | 118 |
| Guatemala | 9 |
| Nicaragua | 4 |
| Kenya | 18 |
| Canada | 154 |
| Ireland | 34 |
| China | 62 |
| Australia | 105 |

In plain English, at the instant before a voter casts a ballot there is a one-to-one relationship between the voter and their ballot as well as a one-to-one association between the voter and their votes.

At the instant that ballot is cast, the one-to-one relationship between the voter and ballot still exist, but the relationship between the voter and their votes is gone. No one can know how they voted. The key security check on voting integrity is the absolute match between the number of voters in the Vote Roster and the number of ballots counted in that voting district or precinct. If these numbers do not match, either physical ballots were added or removed from the Ballot Counter or "voters" were added or removed from the Vote Roster. In either case, the election has been compromised and the election is nothing more than a lottery. With tens of thousands of Vote Roster entries purged and other tens of thousand of entries apparently created out of thin air, using the ES&S EMS system, Dallas County Elections Department is definitely in the lottery business.

11. Equally troubling with the ES&S System is the apparent ease of targeting within the system of certain groups for purging. In Dallas, over 92% of PURGED In-Person and Absentee voters were over 65. This is statistically impossible and makes clear the system is easily manipulated by inside or outside actors.



**Who Purged the Baby Boomers?**

**Purged Voters by Age** Source: Dallas County Election Department Vote Rosters Oct 7-Oct 30

12. My colleagues and I at ASOG have studied the information that is publicly available concerning the November 3, 2020, election results from Wisconsin. Based on the significant anomalies and red flags that we have observed, I believe to a reasonable degree of professional certainty that election results have been

manipulated within the ES&S system in Wisconsin. We list below a few of the red flags that our team has uncovered.

13. Where ES&S is concerned, a statistically unlikely event (red arrow) occurred in the Wisconsin General Election at 09:42:30 Z (3:42 AM local) on 11/4/2020 according to Edison data reported to the NYT. For this analysis we focused on the key ratio of the cumulative Democrat (Biden) votes divided by the cumulative Republican (Trump) votes.

1. A ratio greater than 1.00 is an indicator of Democrat victory
2. A ratio less than 1.00 is an indicator of Republican victory
3. The time series plot shows the trend over time of the cumulative votes.
4. The trend analysis shows the time series but adds a statistically estimated trend line (in green)
5. Where anomalies are observed, the record is pulled out and a proportion test included that tests the probability that that batch of votes was drawn at random from the population of that state, based on the final counts.
6. Randomization is a reasonable assumption because the mail system acts as a randomizer as it mixes the ballots, and the later votes are the mail ballots.
7. The event outline below shifted what had been a settled, unarguable D/R ratio (cumulative to this point) of .912. Suddenly, this event occurs and is of such magnitude it shifts the entire election ratio to 1.0123.



manipulated within the ES&S system in Wisconsin. We list below a few of the red flags that our team has uncovered.

13. Where ES&S is concerned, a statistically unlikely event (red arrow) occurred in the Wisconsin General Election at 09:42:30 Z (3:42 AM local) on 11/4/2020 according to Edison data reported to the NYT. For this analysis we focused on the key ratio of the cumulative Democrat (Biden) votes divided by the cumulative Republican (Trump) votes.

   1. A ratio greater than 1.00 is an indicator of Democrat victory
   2. A ratio less than 1.00 is an indicator of Republican victory
   3. The time series plot shows the trend over time of the cumulative votes.
   4. The trend analysis shows the time series but adds a statistically estimated trend line (in green)
   5. Where anomalies are observed, the record is pulled out and a proportion test included that tests the probability that that batch of votes was drawn at random from the population of that state, based on the final counts.
   6. Randomization is a reasonable assumption because the mail system acts as a randomizer as it mixes the ballots, and the later votes are the mail ballots.
   7. The event outline below shifted what had been a settled, unarguable D/R ratio (cumulative to this point) of .912. Suddenly, this event occurs and is of such magnitude it shifts the entire election ratio to 1.0123.



P-Test (two-sample proportion test) shows that there is a 0.0% probability that this vote drop came from a random population of Wisconsin votes as shown in the outcome screenshot below. As shown above, Biden suddenly gets 143,379 votes out of 168,542 or 85%, which itself is outside any percentage before or after.



This event changed the final outcome. If this statistically impossible event were removed, the final outcome would be:
    Biden:      1,485,573
    Trump:    1,584,004

This reveals a shift of approximately 119,430 votes from Biden to Trump would be expected were the election not tampered with.

14. A further red flag is raised when an analysis is done by voting batch. Here we can clearly see the magnitude of the Wisconsin batch dropped at 09:42:30Z on 11/4/2020 vastly exceeds every other Democrat vote total.



This batch shows up as an upper limit exception, meaning it is outside the realm of any expected outcome. A stratification bar chart (below) will indicate visually where the probabilities lie relevant to this event. At 6 standard deviations the chart shows very little chance of this occurring (green arrow). However, in this case, the event occurs at 12.93 standard deviations from the mean (red arrow), showing the probability even smaller at less than 3 in 1,000. Any fraud examiner would instantly flag this for a fraud audit and our Internal Auditor contractor did so immediately.



All of these are clear indications of fraud.

15. Another key red flag appears after inspecting voter turnout figures by county. Out of 72 counties, 69 of them exhibited voter turnout figures higher than 80%, a threshold generally considered to be the maximum expected. An amazing 59 of them were above 90%. When the public data votes were normalized to 80% turnout, the excess votes are at least 384,085 over the maximum that could be expected. A sample of this is shown in the table below.

| County | Turnout % |
|---|---|
| Sheboygan County | 270% |
| Shawano County | 195% |
| Taylor County | 95% |
| Marquette County | 95% |
| Price County | 94% |
| Juneau County | 94% |
| Burnett County | 94% |
| Rusk County | 94% |
| Pepin County | 94% |
| Waushara County | 94% |
| Oconto County | 94% |
| Washington County | 93% |
| Kewaunee County | 93% |
| Fond du Lac County | 93% |
| Calumet County | 93% |
| Buffalo County | 93% |
| Lafayette County | 93% |
| Green County | 93% |
| Waupaca County | 93% |
| Polk County | 93% |
| Crawford County | 93% |
| Green Lake County | 93% |
| Dodge County | 92% |
| Chippewa County | 92% |
| Grant County | 92% |
| Clark County | 92% |
| Adams County | 92% |
| Iowa County | 92% |
| Ozaukee County | 92% |
| Bayfield County | 92% |
| Door County | 92% |
| Richland County | 92% |
| Monroe County | 92% |
| Oneida County | 92% |
| Manitowoc County | 92% |
| Washburn County | 92% |

| County | Percentage |
|---|---|
| Trempealeau County | 92% |
| Columbia County | 92% |
| Lincoln County | 92% |
| Waukesha County | 92% |
| Florence County | 92% |
| Barron County | 92% |
| Vernon County | 92% |
| Jefferson County | 92% |
| Langlade County | 92% |
| Outagamie County | 91% |
| Wood County | 91% |
| Marathon County | 91% |
| Iron County | 91% |
| Dunn County | 91% |
| Jackson County | 90% |
| Walworth County | 90% |
| Douglas County | 90% |
| Portage County | 90% |
| Winnebago County | 90% |
| Vilas County | 90% |
| Pierce County | 90% |
| Marinette County | 90% |
| Ashland County | 90% |

15. Returning to the spike chart presented earlier, a time series crossed with a location specific analysis would determine whether the equipment on hand at any location would have even been capable of processing this many votes in the time represented. In Michigan, we have already observed this phenomenon and the analysis made clear it was physically impossible for the equipment on hand to process this many votes in the time represented.





This spike, cast largely for Biden, (143,379-Biden, 25,163-Trump) could easily be produced in the ES&S EMS control system by pre-loading batches of blank ballots in files such as Write-Ins or other adjudication-type files then casting them almost all for Biden using the Override Procedure (to cast Write-In, Blank, or Error ballots) that is available to the operator of the system.

16. ES&S uses Scytl via Clarity Elections to accomplish the actual tabulation. Scytl has in its source code the ability to use a common, additive electoral seat allocation algorithm (JSeats) in order to award points based on percentages that are input into the system by the operator in order to determine (or appoint) a winner, as opposed to simply counting votes. Various parameters, weighting percentages, etc. can be set up. Thus, the winner is selected based on "points" that the algorithm computes, not actual voter votes. Below is a screenshot



The fact that we observed raw vote data coming directly that includes decimal places establishes selection by an algorithm, and not individual voter's choice. Otherwise, votes would be solely represented as whole numbers (votes cannot possibly be added up and have decimal places reported). Below is an excerpt from the direct feed to news outlets showing actual calculated votes with decimals.

| state | timestamp | eevp | trump | biden | TV | BV |
|---|---|---|---|---|---|---|
| wisconsin | 2020-11-04T03:22:01Z | 32 | 0.511 | 0.472 | 593876.535 | 548551.32 |
| wisconsin | 2020-11-04T03:24:08Z | 33 | 0.511 | 0.472 | 601617.163 | 555701.176 |
| wisconsin | 2020-11-04T03:27:32Z | 34 | 0.5 | 0.483 | 615621.5 | 594690.369 |

| | | | | | | |
|---|---|---|---|---|---|---|
| wisconsin | 2020-11-04T03:28:57Z | 35 | 0.5 | 0.483 | 635870.5 | 614250.903 |
| wisconsin | 2020-11-04T03:30:09Z | 35 | 0.5 | 0.483 | 636620.5 | 614975.403 |
| wisconsin | 2020-11-04T03:30:28Z | 36 | 0.502 | 0.481 | 649562.9 | 622389.95 |
| wisconsin | 2020-11-04T03:30:52Z | 36 | 0.503 | 0.481 | 651861.844 | 623350.988 |
| wisconsin | 2020-11-04T03:35:25Z | 37 | 0.503 | 0.48 | 661114.026 | 630884.16 |

14. Based on the foregoing, I believe these statistical anomalies and impossibilities compels the conclusion to a reasonable degree of professional certainty that the vote count in Wisconsin, in particular for candidates for President, contain at least 119,430 (Para. 13) up to 384,085 (Para. 15) illegal votes that must be disregarded. In my opinion, it is not possible at this time to determine the true results of the Wisconsin vote for President of the United States.

I declare, under the penalty of perjury, that the forgoing is correct.

_____     __11/30/2020__
Russell James Ramsland, Jr.          Date