IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

WILLIAM FEEHAN,

          Plaintiff,         CASE NO. 2:20-cv-1771

  v.

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS,
MARK L. THOMSEN, MARGE
BOSTELMAN, JULIE M. GLANCEY,
DEAN KNUDSON, ROBERT F.
SPINDELL, JR., in their official
capacities, GOVERNOR TONY EVERS,
in his official capacity,

          Defendants.

___

## PROPOSED BRIEFING SCHEDULE FOR
## PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO BE CONSIDERED IN AN EXPEDITED MANNER

___

Per the Court's Order of December 2, 2020 and FRCP 65, Plaintiff's counsel have communicated with counsel for all Defendants and anticipate speaking with them further this morning of December 3, 2020.

Plaintiff will propose the following briefing schedule and will advise the Court following discussion with Defendants' counsel.

- Friday, Dec. 4, 8:00 p.m.    Defendants file response to Motion for TRO.

- Saturday, Dec. 5, 8:00 p.m.    Plaintiff files reply to Defendants' response.

- _____    Hearing as directed by the Court. Plaintiff proposes to submit the matter on briefs without argument.

1

Respectfully submitted, this 3st day of December 2020.

LEAD COUNSEL FOR PLAINTIFF

/s Sidney Powell**
Sidney Powell
Texas Bar No. 16209700
Sidney Powell PC
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
(517) 763-7499
sidney@federalappeals.com

Howard Kleinhendler
New York Bar No. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

**Application for admission forthcoming

Local Counsel for Plaintiffs

Michael D. Dean
Wis. Bar No.01019171
P.O. Box 2545
Brookfield, WI 53008
(262) 798-8044
miked@michaelddeanllc.com

Daniel J. Eastman
Wis. Bar No.1011433
P.O. Box 158
Mequon, Wisconsin 53092
(414) 881-9383
daneastman@me.com

2

## NOTICE TO DEFENDANTS' COUNSEL

Plaintiff certifies that upon filing of this Motion that he provided notice of this action by email communication with Counsel for Defendants on December 4, 2020:

Wisconsin Elections Commission and Wisconsin Election Commissioners

> Michael Murphy, Esq.
> Assistant Attorney General
> Special Litigation and Appeals Unit
> Wisconsin Department of Justice
> P.O. Box 7857
> Madison, WI 53707-7857
> (608) 266-5457
> murphysm@doj.state.wi.us

Governor Tony Evers

> Jeffrey A. Mandell, Esq.
> Stafford Rosenbaum LLP
> 222 West Washington Avenue
> Suite 900
> P.O. Box 1784
> Madison, Wisconsin 53701-1784
> (608) 210-6303
> jmandell@staffordlaw.com

# CERTIFICATE OF ELECTRONIC SERVICE

Pursuant to FRCP 65, this is to certify that upon filing of this Proposed Briefing Schedule with the Court through the ECF PACER System, Plaintiff will provide simultaneous electronic service to Defendants counsel as follows:

Wisconsin Elections Commission and Wisconsin Election Commissioners

>Michael Murphy, Esq.
>Assistant Attorney General
>murphysm@doj.state.wi.us

Governor Tony Evers

>Jeffrey A. Mandell, Esq.
>Stafford Rosenbaum LLP
>jmandell@staffordlaw.com