**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

WILLIAM FEEHAN and DERRICK VAN ORDEN,

          Plaintiffs,

   v.

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS, MARK
L. THOMSEN, MARGE BOSTELMANN,
JULIE M. GLANCEY, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official
capacities, GOVERNOR TONY EVERS,
in his official capacity,

          Defendants.

Case No.: 20CV1771

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Jeffrey A. Mandell and Rachel E. Snyder of the law firm

of Stafford Rosenbaum LLP have been retained by defendant Governor Tony Evers in this

action. Please serve copies of all papers in this action on the undersigned at the address set forth

below.

     Respectfully submitted this 3rd day of December 2020.

                        /s/ Jeffrey A. Mandell
                        Jeffrey A. Mandell
                        Rachel E. Snyder
                        STAFFORD ROSENBAUM LLP
                        222 W. Washington Ave., Suite 900
                        Madison, WI 53701-1784
                        Telephone: 608-256-0226
                        Email: jmandell@staffordlaw.com
                        Email: rnsyder@staffordlaw.com

                        *Attorneys for Defendant, Governor Tony Evers*