UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs,

  v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

Case No.: 20CV1771

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey A. Mandell and Rachel E. Snyder of the law firm of Stafford Rosenbaum LLP have been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 3rd day of December 2020.

    /s/ Rachel E. Snyder
    Jeffrey A. Mandell
    Rachel E. Snyder
    STAFFORD ROSENBAUM LLP
    222 W. Washington Ave., Suite 900
    Madison, WI 53701-1784
    Telephone: 608-256-0226
    Email: jmandell@staffordlaw.com
    Email: rnsyder@staffordlaw.com

    *Attorneys for Defendant, Governor Tony Evers*