# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| William Feehan*<br>Plaintiff*<br>v.<br>Wisconsin Election Commission*<br>Defendant* | )<br>)<br>) Case No. 2:20-cv-1771<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 12-3-20

/s/ Howard Kleinhendler
*Attorney's signature*

Howard Kleinhendler
*Printed name and bar number*

369 Lexington Ave, NY, NY 10017
*Address*

howard@kleinhendler.com
*E-mail address*

(917) 793-1188
*Telephone number*

(732) 901-0832
*FAX number*