UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM FEEHAN,<br>And DERRICK VAN ORDEN,<br><br>Plaintiff<br><br>v.<br><br>Wisconsin Elections Commission, *et al.*,<br><br>Defendants | U.S. DISTRICT COURT<br>EASTERN DISTRICT - WI<br>FILED<br><br>2020 DEC -3 A 11: 16<br><br>Case No. 20-cv-1771<br>CLERK OF COURT |

## CERTIFICATE OF SERVICE

I, James Gesbeck, certify that I have sent a copying of the Motion to Intervene, Brief in Support of Motion to Intervene and Proposed Answer to the parties as follows electronically.

Further, I certify that I will be mailing a copy to each of the parties but am providing an electronic copy on December 2, 2020, so they have notice of the included motion timelier.

Attorneys for Plaintiff William Feehan and Derrick Van Orden:
miked@michaelddeanllc.com
Defendant Wisconsin Election Commission and members:
elections@wi.gov
Defendant Governor Tony Evers
eversinfo@wisconsin.gov

Respectfully submitted,

*/s/ James H. Gesbeck/*

James Gesbeck (SBN #1079800)
608 335-2569
James@Gesbeck.Com
9302 Harvest Moon Lane
Verona, WI 53593

N.B.: Not admitted to practice before the United States District Court for the Eastern District of Wisconsin