IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN, et al.,

    Plaintiffs,

v.                                        Case No. 20-CV-1771

WISCONSIN ELECTIONS
COMMISSION, et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Defendants, Wisconsin Elections Commission, and its members, Ann S. Jacobs, Mark L. Thomsen, Marge Bostelman, Dean Knutson, and Robert F. Spindell, Jr., in their official capacities, appear in this matter by their attorneys, Joshua L. Kaul, Wisconsin Attorney General, and S. Michael Murphy, Colin. T. Roth, and Jody J. Schmelzer, Assistant Attorneys General, and request that service of all pleadings and other papers be made upon Assistant Attorneys General Murphy, Roth, and Schmelzer at 17 West Main Street, Madison, Wisconsin, 53703, by first class mail at Post Office Box 7857, Madison, Wisconsin, 53707-7857, or via the ECF system for the United States District Court for the Eastern District of Wisconsin.

Dated this 3rd day of December 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

Attorneys for Wisconsin Elections Commission and its members

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457 (Murphy)
(608) 264-6219 (Roth)
(608) 266-3094 (Schmelzer)
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us
rothct@doj.state.wi.us
schmelzerjj@doj.state.wi.us