IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,

                Plaintiff,

v.                          Case No. 2:20-CV-1771

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS,
MARK L. THOMSEN, MARGE
BOSTELMANN, JULIE M. GLANCEY,
DEAN KNUDSON, ROBERT F.
SPINDELL, JR., in their official capacities,
GOVERNOR TONY EVERS, in his official capacity,

                Defendants,

                &.

DEMOCRATIC NATIONAL COMMITTEE,
                Proposed Intervenor-Defendant.

## NOTICE OF APPEARANCE OF CHARLES G. CURTIS, JR.

Attorney Charles G. Curtis, Jr. hereby enters his appearance as counsel for Proposed Intervenor-Defendant Democratic National Committee.

Attorney Curtis is an attorney in the law firm of Perkins Coie LLP, and his office address and telephone number are:

>33 East Main Street
>Suite 201
>Madison, WI 53703-3095
>Tel: (608) 663-7460
>Fax: (608) 663-7499
>Email: CCurtis@perkinscoie.com

Attorney Curtis is licensed to practice law in the State of Wisconsin and is admitted to practice before the District Court for the Eastern District of Wisconsin.

Dated: December 3, 2020

Respectfully Submitted,

By: s/ *Charles G. Curtis*
    Charles G. Curtis, Jr.
    SBN 1013075
    PERKINS COIE LLP
    33 East Main St., Suite 201
    Madison, WI 53703
    (608) 663-7460
    ccurtis@perkinscoie.com