IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,

    Plaintiff,

v.     Case No. 2:20-CV-1771

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS,
MARK L. THOMSEN, MARGE
BOSTELMAN, JULIE M. GLANCEY,
DEAN KNUDSON, ROBERT F.
SPINDELL, JR., in their official capacities,
GOVERNOR TONY EVERS, in his official capacity,

    Defendants,

&.

DEMOCRATIC NATIONAL COMMITTEE,
    Proposed Intervenor-Defendant.

## NOTICE OF APPEARANCE OF MICHELLE M. UMBERGER

Attorney Michelle M. Umberger hereby enters her appearance as counsel for Proposed Intervenor-Defendant Democratic National Committee.

Attorney Umberger is an attorney in the law firm of Perkins Coie LLP, and her office address and telephone number are:

> 33 East Main Street
> Suite 201
> Madison, WI 53703-3095
> Tel: (608) 663-7460
> Fax: (608) 663-7499
> Email: MUmberger@perkinscoie.com

Attorney Umberger is licensed to practice law in the State of Wisconsin and is admitted to practice before the District Court for the Eastern District of Wisconsin.

Dated: December 3, 2020

Respectfully Submitted,

By: s/ *Michelle M. Umberger*
Michelle M. Umberger
SBN 1023801
PERKINS COIE LLP
33 East Main St., Suite 201
Madison, WI 53703
(608) 663-7460
mumberger@perkinscoie.com