IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM FEEHAN,<br><br>   Plaintiff,<br><br> v.<br><br>WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN HUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,<br><br>   Defendants. | No. 2:20-cv-1771 |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S MOTION TO INTERVENE

  Before the Court is Proposed Intervenor-Defendant Democratic Services Corporation/Democratic National Committee's ("DNC") Motion to Intervene. Having reviewed the papers filed in support of and in opposition to (if any) this motion, and being fully advised, the Court finds that that the DNC has satisfied the elements of intervention as of right and the elements of permissive intervention. Accordingly, the DNC is entitled to intervene in this case, and the Court GRANTS the DNC's motion.

              It is so **ORDERED.**

BY THE COURT:

_____
HON. PAMELA PEPPER
Chief United States District Judge