IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,

    Plaintiff,

v.      Case No. 2:20-CV-1771

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS,
MARK L. THOMSEN, MARGE
BOSTELMAN, JULIE M. GLANCEY,
DEAN KNUDSON, ROBERT F.
SPINDELL, JR., in their official capacities,
GOVERNOR TONY EVERS, in his official capacity,

    Defendants,

&.

DEMOCRATIC NATIONAL COMMITTEE,
    Proposed Intervenor-Defendant.

## PROPOSED INTERVENOR-DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S DISCLOSURE STATEMENT

The undersigned, counsel of record for Proposed Intervenor-Defendant Democratic National Committee, furnishes the following in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1.

The Democratic National Committee has no parent companies or publicly held companies with a 10% or greater ownership interest in it.

Dated: December 3, 2020　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| Seth P. Waxman*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>1875 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br><br>David S. Lesser*<br>Jamie Dycus*<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br>david.lesser@wilmerhale.com<br>jamie.dycus@wilmerhale.com<br><br>Matthew W. O'Neill<br>　SBN 1019269<br>FOX, O'NEILL &<br>　SHANNON, S.C.<br>622 North Water Street,<br>　Suite 500<br>Milwaukee, WI 53202<br>(414) 273-3939<br>mwoneill@foslaw.com<br><br>*Application for admission pending* | By: *s/ Michelle M. Umberger*<br>　Michelle M. Umberger<br>　SBN 1023801<br>　Charles G. Curtis, Jr.<br>　SBN 1013075<br>　Sopen B. Shah<br>　SBN 1105013<br>　Will M. Conley<br>　SBN 1104680<br>　PERKINS COIE LLP<br>　33 East Main St., Suite 201<br>　Madison, WI 53703<br>　(608) 663-7460<br>　ccurtis@perkinscoie.com<br>　mumberger@perkinscoie.com<br>　sshah@perkinscoie.com<br>　wconley@perkinscoie.com<br><br>　Marc E. Elias*<br>　John Devaney*<br>　Zachary J. Newkirk*<br>　PERKINS COIE LLP<br>　700 Thirteenth St., N.W.,<br>　　Suite 800<br>　Washington, D.C. 20005<br>　(202) 654-6200<br>　melias@perkinscoie.com<br>　jdevaney@perkinscoie.com<br>　znewkirk@perkinscoie.com<br><br>*Counsel for Proposed Intervenor-Defendant* |