UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs,

  v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

Case No.: 20CV1771

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Justin A. Nelson of the law firm of Susman Godfrey LLP has been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 4th day of December 2020.

        /s/ Justin A. Nelson
        Justin A. Nelson
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, TX 77002
        (713) 651-9366
        jnelson@susmangodfrey.com

        *Attorneys for Defendant, Governor Tony Evers*