UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs,

v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

Case No.: 20CV1771

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Davida Brook of the law firm of Susman Godfrey L.L.P. have been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 4th day of December 2020.

    */s/ Davida Brook*
    Davida Brook
    SUSMAN GODFREY L.L.P.
    1900 Avenue of the Stars
    Suite 1900
    Los Angeles, CA 90067
    (310) 789-3100
    dbrook@susmangodfrey.com

    *Attorneys for Defendant, Governor Tony Evers*