UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs,

  v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

Case No.: 20CV1771

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen L. Shackelford, Jr. of the law firm of Susman Godfrey L.L.P. has been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 4th day of December 2020.

        /s/ Stephen L. Shackelford, Jr.

        Stephen L. Shackelford Jr.
        SUSMAN GODFREY L.L.P.
        1301 Avenue of the Americas, 32nd Fl.
        New York, NY 10019
        212-336-8330
        sshackelford@susmangodfrey.com

        *Attorneys for Defendant, Governor Tony Evers*