UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WILLIAM FEEHAN,

    Plaintiff,

v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

Case No.: 20CV1771

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Paul M. Smith of the Campaign Legal Center has been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 4th day of December 2020.

/s/ Paul M. Smith
Paul M. Smith
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005
Telephone: 202-736-2200
Email: psmith@campaignlegalcenter.org

*Attorneys for Defendant, Governor Tony Evers*