UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,
And DERRICK VAN ORDEN,

    Plaintiff

v.

    Case No. 2:20-cv-1771

Wisconsin Elections Commission, *et al.*,

    Defendants

## CERTIFICATE OF SERVICE

I, James Gesbeck, certify that I have sent a copy of my Intervenor-Defendant Civil L. R. 7(h) Expedited Nondispositive Motion to Intervene to parties as follows below. I further certify I called an attorney for each party and either spoke with them or left them a voicemail indicating I would be filing this motion and seeking an expedited ruling:

Attorneys for Plaintiff William Feehan and Derrick Van Orden:
miked@michaelddeanllc.com, sidney@federalappeals.com

Attorney for Defendant Wisconsin Election Commission and members:
miked@michaelddeanllc.com

Attorneys for Governor Tony Evers
rnsyder@staffordlaw.com, jmandell@staffordlaw.com

                Respectfully submitted,

                James Gesbeck (SBN #1079800)
                608 335-2569
                James@Gesbeck.Com
                9302 Harvest Moon Lane
                Verona, WI 53593

N.B.: Not admitted to practice before the United States District Court for the Eastern District of Wisconsin