UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WILLIAM FEEHAN,

       Plaintiff,

v.

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS, MARK
L. THOMSEN, MARGE BOSTELMANN,
JULIE M. GLANCEY, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official
capacities, GOVERNOR TONY EVERS,
in his official capacity,

       Defendants.

Case No.: 20CV1771

**DEFENDANT GOVERNOR EVERS'S MOTION REQUESTING LEAVE TO FILE AN OVERSIZED MEMORANDUM**

Earlier this afternoon, the Court issued an order granting in part Plaintiff's "Amended Motion for Temporary Restraining Order and Preliminary Injunction To Be Considered in an Expedited Manner." The Court's order establishes a briefing schedule on the merits of Plaintiff's request for injunctive relief, and it specifically reminds the parties of Civil Local Rule 7(f), which sets a default page limit of 30 pages for briefs supporting or opposing most motions: "No memorandum exceeding the page limitations may be filed *unless the Court has previously granted leave to file an oversized memorandum*." (emphasis added).

Defendant Governor Evers intends both to oppose Plaintiff's motion and to argue in support of a motion to dismiss Plaintiff's complaint. Governor Evers plans to address both motions in one brief. That approach will be more efficient for all parties and the Court. To facilitate this approach and to increase efficiency, Governor Evers respectfully requests, pursuant to Civil Local Rule 7(f), that the Court grant leave to file an oversized consolidated memorandum, not to exceed forty-five pages. Counsel will endeavor not to use the full amount of space unnecessarily.

Respectfully submitted this 4th day of December 2020.

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
Rachel E. Snyder
Richard A. Manthe
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: 608-256-0226
Email: jmandell@staffordlaw.com
Email: rnsyder@staffordlaw.com
Email: rmanthe@staffordlaw.com

Justin A. Nelson
Stephen Shackelford Jr.
Davida Brook
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
(713) 651-9366
jnelson@susmangodfrey.com
sshackelford@susmangodfrey.com
dbrook@susmangodfrey.com

Paul Smith
CAMPAIGN LEGAL CENTER
1101 14th Street NW
Suite 400
Washington, DC 20005
(202) 736-2200
psmith@campaignlegalcenter.org

*Attorneys for Defendant, Governor Tony Evers*