IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM FEEHAN,<br><br>       Plaintiff,<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN HUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,<br><br>       Defendants. | No. 2:20-cv-1771 |

**EXPEDITED NONDISPOSITIVE MOTION TO INTERVENE OF PROPOSED INTERVENOR-DEFENDANT DEMOCRATIC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE (THE "DNC") PURSUANT TO CIVIL L. R. 7(h)**

Proposed Intervenor-Defendant Democratic Services Corporation/Democratic National Committee ("DNC") respectfully moves for expedited consideration of its motion for leave to intervene in this action to defend its interests against the claims asserted by Plaintiff. For the reasons discussed in the Proposed Intervenor-Defendant DNC's Brief in Support of Motion to Intervene ("DNC Intervention Brief) filed on December 4, 2020 (Dkt. No. 23), the DNC is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, the DNC requests permissive intervention pursuant to Rule 24(b).

At the time the DNC filed its Motion to Intervene,[1] the Court had indicated it would await the Defendants' opposition brief, which Plaintiff had 21 days to file. Dkt. No. 7. Thereafter, this Court set an expedited briefing schedule requiring responses and replies to be filed by December 7 and 8, 2020, respectively. Today, December 5, 2020, the Court also set a deadline of December 28, 2020, for Plaintiff's response to the DNC's Motion to Intervene.

In order to protect Proposed Intervenor-Defendant DNC's rights and critical interests as set forth in the DNC Intervention Brief, the DNC respectfully requests that the Court consider the DNC's motion expeditiously and grant it permission to intervene in this case as soon as reasonably possible. The DNC is prepared to submit its response as an Intervenor-Defendant in accordance with this Court's schedule (i.e., by 5:00 p.m. on December 7, 2020).

Counsel for the DNC has asked counsel for both the Plaintiff and the Defendants if they oppose the DNC's motion to intervene. Plaintiff's counsel states that that it opposes the DNC's motion. None of the Defendants oppose the DNC's motion.

WHEREFORE, the DNC requests that the court grant it leave to intervene in the above-captioned matter so that it may file its response in accordance with the Court's expedited schedule in this matter.

DATED: December 5, 2020

---

[1] Dkt. No. 22. In accordance with Rule 24(c), a proposed answer to Plaintiff's complaint was attached as Exhibit 1 to the DNC's Motion to Intervene. *Id.*, Attachment 1.

Respectfully Submitted,

*s/ Michelle M. Umberger*

| | |
|---|---|
| Seth P. Waxman* <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 1875 Pennsylvania Ave., NW <br> Washington, DC 20006 <br> (202) 663-6000 <br> seth.waxman@wilmerhale.com <br><br> David S. Lesser* <br> Jamie Dycus* <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 7 World Trade Center <br> 250 Greenwich Street <br> New York, NY 10007 <br> (212) 230-8800 <br> david.lesser@wilmerhale.com <br> jamie.dycus@wilmerhale.com <br><br> Matthew W. O'Neill <br> SBN 1019269 <br> FOX, O'NEILL & SHANNON, S.C. <br> 622 North Water Street, Suite 500 <br> Milwaukee, WI 53202 <br> (414) 273-3939 <br> mwoneill@foslaw.com <br><br> *\* Application for admission pending* | Charles G. Curtis, Jr. <br> SBN 1013075 <br> Michelle M. Umberger <br> SBN 1023801 <br> Sopen B. Shah <br> SBN 1105013 <br> Will M. Conley <br> SBN 1104680 <br> PERKINS COIE LLP <br> 33 East Main St., Suite 201 <br> Madison, WI 53703 <br> (608) 663-7460 <br> ccurtis@perkinscoie.com <br> mumberger@perkinscoie.com <br> sshah@perkinscoie.com <br> wconley@perkinscoie.com <br><br> Marc E. Elias* <br> John Devaney* <br> Zachary J. Newkirk* <br> PERKINS COIE LLP <br> 700 Thirteenth St., N.W., Suite 800 <br> Washington, D.C. 20005 <br> (202) 654-6200 <br> melias@perkinscoie.com <br> jdevaney@perkinscoie.com <br> znewkirk@perkinscoie.com <br><br> *Counsel for Proposed Intervenor-Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on Saturday, December 5, 2020, I filed a copy of the foregoing with the Clerk of the Court using the CM/DKT. system, which will send notification of such filing to all counsel of record.

*/s/ Michelle M. Umberger*
Counsel for Proposed Intervenor

-4-
Case 2:20-cv-01771-PP   Filed 12/05/20   Page 4 of 4   Document 40