IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

WILLIAM FEEHAN,

                Plaintiff,                CASE NO. 2:20-cv-1771

   v.

WISCONSIN ELECTIONS COMMISSION,
   and its members ANN S. JACOBS,
   MARK L. THOMSEN, MARGE
   BOSTELMAN, JULIE M. GLANCEY,
   DEAN KNUDSON, ROBERT F.
   SPINDELL, JR., in their official
   capacities, GOVERNOR TONY EVERS,
   in his official capacity,

                Defendants.

_____

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT
SEPARATE REPLIES TO MULTIPLE SUBMISSIONS BY DEFENDANTS
AND AMICI OPPOSING PLAINTIFF'S AMDEND MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY
INJUNCTION TO BE CONSIDERED IN AN EXPEDITED MANNER**

_____

    COMES NOW Plaintiff, William Feehan by and through his undersigned counsel, and moves the Court to permitting him to submit separate or consolidated replies of 15 pages each to each of the multiple submissions of Defendants and Amici in opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction to Be Considered in an Expedited Manner (Amended Motion).

    In support, Plaintiff shows:

  1) By Order dated December 4, ECF Docket No. 29, the Court referenced "Civil L.R. 7(f), which provides that memoranda in opposition to motions are limited to thirty pages and reply briefs in support of motions are limited to fifteen pages."

1

2) Civil Local Rule 7(f) further provides that briefs may not exceed those page limits "unless the Court has previously granted leave to file an oversized memorandum."

3) By the same Order, the Court directed Defendants Gov. Tony Evers and Wisconsin Elections Commission to file an "opposition brief" to Plaintiff's Amended Motion by 5:00 p.m. on Monday, December 7, 2020, and directed Plaintiff to file his reply by 5:00 p.m. on Tuesday, December 8.

4) While the reference is to a single brief, Defendants are represented by separate counsel, and Plaintiff anticipates that each Defendant will file a separate 30 page brief in opposition to Plaintiff's Amended Motion.

5) Subsequently on December 4, Defendant Gov. Tony Evers filed a Motion Requesting Leave to File an Oversized Memorandum of 45 pages in support of his proposed Motion to Dismiss and in response to Plaintiff's Amended Motion. ECF Docket No. 34.

6) By Text Order dated December 4, ECF Docket No. 36, the Court indicated the Court would allow Gov. Tony Evers leave to file "separate briefs opposing the plaintiff's amended motion and supporting his own." Pursuant to Civil L. R. 7(f), the separate brief apparently may be 30 pages as well.

7) By Order dated December 4, ECF Docket No. 37, the Court granted leave to proposed Intervenor James Gesbeck to file an *amicus* brief of 30 pages opposing Plaintiff's Amended Motion.

8) By Order dated December 6, ECF Docket No. 41, the Court granted leave to proposed Intervenor Democratic National Committee to file an *amicus* brief opposing Plaintiff's Amended Motion for Temporary Restraining Order, also presumably 30 pages, the same as *Amici* Gesbeck.

9) The total page limit of opposition to Plaintiff's Amended Motion may therefore total as many as 150 pages.

10) Under the Court's December 4 Order, Docket No. 29, Plaintiff is apparently limited, at present, to a single 15 page reply in response to the total 150 pages filed in opposition.

11) While Plaintiff may well not file a 15 page Reply to each and every submission, Plaintiff cannot anticipate all arguments raised by multiple Defendants and Amici, and in any event, a limit of 15 pages is inadequate to reply to up to 150 pages of opposing submissions by Defendants and *Amici.*

## CONCLUSION

Based on the Court's stated preference that Gov. Evers file separate briefs supporting his Motion to Dismiss and opposing Plaintiff's Amended Motion, Plaintiff therefore requests leave to file a separate Reply to each opposing submission, each Reply not to exceed 15 pages.

Respectfully submitted, this 6th day of December, 2020.

ATTORNEYS FOR PLAINTIFF

/s Sidney Powell
Texas Bar No. 16209700
Sidney Powell PC
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
(517) 763-7499
sidney@federalappeals.com

Howard Kleinhendler
New York Bar No. 2657120
Howard Kleinhendler, Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

3

Local Counsel for Plaintiffs

Michael D. Dean
Wis. Bar No.01019171
P.O. Box 2545
Brookfield, WI 53008
(262) 798-8044
miked@michaelddeanllc.com

Daniel J. Eastman
Wis. Bar No.1011433
P.O. Box 158
Mequon, Wisconsin 53092
(414) 881-9383
daneastman@me.com