# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| WILLIAM FEEHAN and DERRICK VAN ORDEN )<br>*Plaintiff* )<br>v. )<br>WISCONSIN ELECTIONS COMMISSION, et al. )<br>*Defendant* ) | Case No. 2:20-cv-01771-PP |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor - Democratic National Committee.

Date:   12/07/2020

s/ David S. Lesser
*Attorney's signature*

David S. Lesser
*Printed name and bar number*
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Address*

David.Lesser@wilmerhale.com
*E-mail address*

(212) 230-8851
*Telephone number*

(212) 230-8888
*FAX number*