UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WILLIAM FEEHAN and DERRICK VAN ORDEN,

    Plaintiffs,

v.

WISCONSIN ELECTIONS COMMISSION, and its members ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMANN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR., in their official capacities, GOVERNOR TONY EVERS, in his official capacity,

    Defendants.

Case No.: 20CV1771

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stephen E. Morrissey of the law firm of Susman Godfrey LLP has been retained by defendant Governor Tony Evers in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Respectfully submitted this 7th day of December 2020.

s/ *Stephen E. Morrissey*
Stephen E. Morrissey
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Ste. 3800
Seattle, WA 98101
206-516-3880
smorrisey@susmangodfrey.com

*Attorney for Defendant, Governor Tony Evers*