IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,

    Plaintiff,

v.                                                 Case No. 20-CV-1771

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS, MARK
L. THOMSEN, MARGE BOSTELMAN,
JULIE M. GLANCEY, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their
official capacities, GOVERNOR TONY
EVERS, in his official capacity,

    Defendants.

## DEFENDANTS WISCONSIN ELECTIONS COMMISSION
## AND ITS MEMBERS' MOTION TO DISMISS

Defendants Wisconsin Elections Commission, Ann S. Jacob, Mark L. Thomsen, Marge Bostelman, Julie M. Glancey, Dean Knudson, and Robert F. Spindell, Jr., by their attorneys, hereby move the Court for an order as follows.

Pursuant to Federal Rules of Civil Procedure 12(b)(6), these Defendants move this court for an order dismissing the complaint against them. As a basis for this motion, these Defendants incorporate by reference their brief in support of the motion to dismiss, which is filed herewith.

Plaintiff is notified that pursuant to Civil L. R. 7(b) (E.D. Wis.), his response in opposition to this motion must be filed within 21 days of service of this motion.

Dated this 7th day of December 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ S. Michael Murphy
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457 (Murphy)
(608) 266-3094 (Schmelzer)
(608) 264-6219 (Roth)
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us
schmelzerjj@doj.state.wi.us
rothct@doj.state.wi.us