# EXHIBIT 9


**Troupis Law Office**

4126 Timber Lane
Cross Plains, Wi. 53528
Ph. 608-305-4889
troupisjames@gmail.com

December 3, 2020
Via E-mail to the Clerk of Courts

Chief Justice Patience Roggensack
Wisconsin Supreme Court
110 East Main Street
Suite 215
Madison, Wi. 53701

Dear Chief Justice Roggensack:      Re: Trump et al. v. Evers, et al. #not yet assigned (Dane County)
                                                  Trump et al. v. Evers, et al. #not yet assigned (Milwaukee County)

This afternoon, pursuant to Wis. Stat. 9.01 et seq, we filed Notices of Appeal from the Recount in Dane County and Milwaukee County conducted from November 20-29, 2020 on the Verified Petition for Recount of Donald J. Trump and Michael R. Pence in accordance with an Order of the Wisconsin Election Commission. A copy of the Notices of Appeal are enclosed. Pursuant to the statute, the appellant will post "an undertaking and surety in the amount approved by the court" and is prepared to post cash as provided in Wis. Stat. 895.346 to such account and in such amount as the court may approve.

Pursuant to Wis. Stat. 9.01(6)(b) we respectfully request that you "appoint a circuit judge, who shall be a reserve judge if available, to hear the appeal."

In order to avoid any delay, we respectfully request the appointed judge hold a "scheduling conference" (Wis. Stat. 9.01(7)(b)) on Friday, December 4, 2020 or Saturday, December 5, 2020 to set the surety amount and set a schedule. Matters to be addressed in that scheduling conference include, but need not be limited to, the dates for filing a complaint, filing an answer, propounding findings of fact and conclusions of law, submitting record evidence, providing supporting legal memoranda, oral hearings, if any, and final order. Given the time limitations inherent in the election for President, Appellants will be prepared to submit their complaint, proposed findings of fact and conclusion of law, the record evidence and legal memoranda on Monday, December 7. As the evidence and other matters to be addressed are limited to those raised at the Boards of Canvassers, completion should be expeditious.

Thank you for your consideration.

Very truly yours,
TROUPIS LAW OFFICE

James R. Troupis

Cc w/ encl. All parties of record in *Trump et al. v. Evers et al* 2020 AP 1971-OA by email (The parties are identical in the two proceedings.)

STATE OF WISCONSIN     CIRCUIT COURT     MILWAUKEE COUNTY

DONALD J. TRUMP,
1100 South Ocean Boulevard
Palm Beach, FL 33480,

MICHAEL R. PENCE,
4750 North Meridian Street
Indianapolis, IN 46208,

AND

DONALD J. TRUMP FOR
PRESIDENT, INC.,
725 Fifth Avenue
New York, NY 10022,

    Plaintiffs,

v.

JOSEPH R. BIDEN
1209 Barley Mill Road
Wilmington, DE 19807,

KAMALA D. HARRIS
435 N. Kenter Avenue
Los Angeles, CA 90049,

MILWAUKEE COUNTY CLERK
c/o GEORGE L. CHRISTENSON
Milwaukee County Clerk
901 North 9th Street
Milwaukee, WI 53233,

MILWAUKEE COUNTY BOARD OF CANVASSERS
c/o TIMOTHY H. POSNANSKI, Chairman of
Milwaukee County Board of Canvassers
901 North 9th Street
Milwaukee, WI 53233,

WISCONSIN ELECTIONS COMMISSION
212 E. Washington Avenue, Third Floor
Madison, WI 53703,

AND

ANN S. JACOBS,
212 E. Washington Avenue, Third Floor
Madison, WI 53703,

      Defendants.

## NOTICE OF APPEAL AND APPEAL
## UNDER WIS. STAT. § 9.01(6)(a)

TO:    MILWAUKEE COUNTY CLERK OF COURTS
901 North 9th Street
Milwaukee, Wisconsin 53233

WISCONSIN SUPREME COURT
Attn: CHIEF JUSTICE PATIENCE D. ROGGENSACK
16 East State Capitol
Madison, WI 53701-1688

JOSEPH R. BIDEN
1209 Barley Mill Road
Wilmington, DE 19807

KAMALA D. HARRIS
435 N. Kenter Avenue
Los Angeles, CA 90049

BIDEN FOR PRESIDENT
c/o Matthew O'Neil
1120 20TH Street NW, Suite 250
Washington, DC 20036
Via electronic service (mwoneill@foslaw.com;
cc: David.kronig@2020victory.com)

JO JORGENSEN
300 Butler Avenue
Greenville, SC 29601
c/o Matthew Bughman
via electronic service (chair@lpwi.org)

JEREMY SPIKE COHEN
3620 Pelham Road, #300
Greenville, SC 29615
c/o Matthew Bughman
via electronic service (chair@lpwi.org)

2

DON BLANKENSHIP
c/o Howie Morgan
via electronic service (howie@netdoor.com;
info@donblankenship.com)

WILLIAM MOHR
c/o Howie Morgan
via electronic service (howie@netdoor.com;
info@donblankenship.com)

BRIAN CARROLL
c/o Dave Bovee
via electronic service (hwisconsinasp@gmail.com)

AMAR PATEL
c/o Dave Bovee
via electronic service (hwisconsinasp@gmail.com)

MILWAUKEE COUNTY CLERK
901 North 9th Street
Milwaukee, WI 53233

MILWAUKEE COUNTY BOARD
OF CANVASSERS
Attn: TIMOTHY H. POSNANSKI, Chair
901 North 9th Street
Milwaukee, WI 53233

WISCONSIN ELECTIONS COMMISSION
212 E. Washington Avenue, Third Floor
Madison, WI 53703

AND

ANN S. JACOBS,
212 E. Washington Avenue, Third Floor
Madison, WI 53703

PLEASE TAKE NOTICE that the above-named Plaintiffs, by their attorneys, TROUPIS LAW OFFICE and the LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., hereby appeal to the Circuit Court of Milwaukee County in accordance with Wis. Stat. § 9.01(6)(a), from the determination of the recount of the election for the Offices of President and Vice President of the

United States in Milwaukee County, Wisconsin. Plaintiffs are further prepared, and have sufficient funds available, to post an undertaking and surety in cash, pursuant to Wis. Stat. § 895.346, and will do so as soon as the court approves an amount as required under Wis. Stat. § 9.01(6)(a).

Because Plaintiffs are also filing a notice of appeal under Wis. Stat. § 9.01 from the determination of the recount of the election for the Offices of President and Vice President of the United States in Dane County, Wisconsin, Plaintiffs request and contemporaneously hereby move the Chief Justice of the Wisconsin Supreme Court, the Honorable Patience D. Roggensack, to "consolidate all appeals relating to [such] election and appoint a circuit judge, who shall be a reserve judge if available, to hear the appeal." Wis. Stat. § 9.01(6)(b).

Dated at Madison, Wisconsin this 3rd day of December, 2020.

**TROUPIS LAW OFFICE**

By: *Electronically Signed by James R. Troupis*
James R. Troupis, SBN 1005341
4126 Timber Ln.
Cross Plains, WI 53528-9786
Phone: 608.305.4889
Email: judgetroupis@gmail.com

**CONWAY, OLEJNICZAK & JERRY S.C.**

By: *Electronically Signed by R. George Burnett*
R. George Burnett, SBN 1005964
Kurt A. Goehre, SBN 1068003
231 S. Adams St., P.O. Box 23200
Green Bay, WI 54305-3200
Phone: 920.437.0476
Email: rgb@lcojlaw.com

*Attorneys for Plaintiffs*

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

DONALD J. TRUMP,
and
MICHAEL R. PENCE,

    Plaintiffs,

v.

JOSEPH R. BIDEN
KAMALA D. HARRIS,
MILWAUKEE COUNTY CLERK
c/o GEORGE L. CHRISTENSON,
MILWAUKEE COUNTY BOARD
OF CANVASSERS
c/o TIMOTHY H. POSNANSKI,
WISCONSIN ELECTION COMMISSION,
and
ANN S. JACOBS,

    Defendants.

## SURETY AND UNDERTAKING FOR APPEAL

WHEREAS, the Republican Party of Wisconsin (the "Surety") desires to act as surety and give undertaking for the payment of all costs taxed against the appellant in the above-captioned matter pursuant to Wis. Stat. § 9.01(6)(a).

WHEREAS, the Surety has deposited the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) in an account located at BMO Harris Bank, NA.

NOW, THEREFORE, the undersigned surety does hereby obligate itself under said statutory obligations in the amount of up to One Hundred Thousand and 00/100 Dollars ($100,000.00).

IT IS FURTHER AGREED by the Surety, that contemporaneously with the filing of this document, it shall deposit the sum of Fifty Thousand and 00/100 Dollars ($50,000.00) with the Clerk of Court for Milwaukee County and Fifty Thousand and 00/100 Dollars ($50,000.00) with the Clerk of Court for Dane County or, in the alternative, if these matters are consolidated the Surety shall deposit the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) with the Clerk of Court for the County as directed by a court having due jurisdiction (the

"Undertaking"). The Undertaking shall be held by the respective county's Clerk of Court as security for the obligations for all costs taxed against the appellant pursuant to Wis. Stat. § 9.01(6)(a).

IT IS FURTHER AGREED by the Surety, that in the case of default or contumacy by the Surety or the appellant, the Court may, upon notice to it of not less than ten (10) days, deduct all costs taxed against the appellant from the Undertaking or proceed summarily and render judgment against the Surety in accordance with its obligation and award execution thereon.

IT IS FURTHER AGREED that the Surety, its successors and assigns, by the signature of the undersigned Chairman, agrees to be bound by the promises set forth herein.

Dated this 3rd day of December, 2020.

REPUBLICAN PARTY OF WISCONSIN

By: *Electronically signed by Andrew Hitt*
Andrew Hitt, its Chairman

STATE OF WISCONSIN      CIRCUIT COURT      DANE COUNTY

DONALD J. TRUMP,
1100 South Ocean Boulevard
Palm Beach, FL 33480,

MICHAEL R. PENCE,
4750 North Meridian Street
Indianapolis, IN 46208,

AND

DONALD J. TRUMP FOR
PRESIDENT, INC.,
725 Fifth Avenue
New York, NY 10022,

    Plaintiffs,

v.

JOSEPH R. BIDEN
1209 Barley Mill Road
Wilmington, DE 19807,

KAMALA D. HARRIS
435 N. Kenter Avenue
Los Angeles, CA 90049,

DANE COUNTY CLERK
c/o SCOTT MCDONELL
Dane County Clerk
210 Martin Luther King Jr. Blvd.
Madison, WI 53703,

DANE COUNTY BOARD
OF CANVASSERS
c/o ALAN A. ARNSTEN, Member of
Dane County Board of Canvassers
210 Martin Luther King Jr. Blvd.
Madison, WI 53703,

WISCONSIN ELECTIONS COMMISSION
212 E. Washington Avenue, Third Floor
Madison, WI 53703,

AND

ANN S. JACOBS, Chair
Wisconsin Elections Commission
212 E. Washington Avenue, Third Floor
Madison, WI 53703,

      Defendants.

## NOTICE OF APPEAL AND APPEAL
## UNDER WIS. STAT. § 9.01(6)(a)

TO:    DANE COUNTY CLERK OF COURTS
215 S. Hamilton St.
Madison, Wisconsin 53703

WISCONSIN SUPREME COURT
Attn: CHIEF JUSTICE PATIENCE D. ROGGENSACK
16 East State Capitol
Madison, WI 53701-1688

JOSEPH R. BIDEN
1209 Barley Mill Road
Wilmington, DE 19807

KAMALA D. HARRIS
435 N. Kenter Avenue
Los Angeles, CA 90049

BIDEN FOR PRESIDENT
c/o Matthew O'Neil
1120 20TH Street NW, Suite 250
Washington, DC 20036
Via electronic service (mwoneill@foslaw.com;
cc: David.kronig@2020victory.com)

JO JORGENSEN
300 Butler Avenue
Greenville, SC 29601
c/o Matthew Bughman
via electronic service (chair@lpwi.org)

JEREMY SPIKE COHEN
3620 Pelham Road, #300
Greenville, SC 29615
c/o Matthew Bughman
via electronic service (chair@lpwi.org)

2

DON BLANKENSHIP
c/o Howie Morgan
via electronic service (howie@netdoor.com;
info@donblankenship.com)

WILLIAM MOHR
c/o Howie Morgan
via electronic service (howie@netdoor.com;
info@donblankenship.com)

BRIAN CARROLL
c/o Dave Bovee
via electronic service (hwisconsinasp@gmail.com)

AMAR PATEL
c/o Dave Bovee
via electronic service (hwisconsinasp@gmail.com)

DANE COUNTY CLERK
210 Martin Luther King Jr. Blvd
Madison, WI 53703

DANE COUNTY BOARD
OF CANVASSERS
Attn: ALLEN A. ARNSTEN
210 Martin Luther King Jr. Blvd
Madison, WI 53703

WISCONSIN ELECTIONS COMMISSION
212 E. Washington Avenue, Third Floor
Madison, WI 53703

AND

ANN S. JACOBS,
212 E. Washington Avenue, Third Floor
Madison, WI 53703

PLEASE TAKE NOTICE that the above-named Plaintiffs, by their attorneys, TROUPIS LAW OFFICE and the LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C., hereby appeal to the Circuit Court of Dane County in accordance with Wis. Stat. § 9.01(6)(a), from the determination of the recount of the election for the Offices of President and Vice President of the United States in Dane County, Wisconsin. Plaintiffs are further prepared, and have sufficient funds available,

to post an undertaking and surety in cash, pursuant to Wis. Stat. § 895.346, and will do so as soon as the court approves an amount as required under Wis. Stat. § 9.01(6)(a).

Because Plaintiffs are also filing a notice of appeal under Wis. Stat. § 9.01 from the determination of the recount of the election for the Offices of President and Vice President of the United States in Milwaukee County, Wisconsin, Plaintiffs request and contemporaneously hereby move the Chief Justice of the Wisconsin Supreme Court, the Honorable Patience D. Roggensack, to "consolidate all appeals relating to [such] election and appoint a circuit judge, who shall be a reserve judge if available, to hear the appeal." Wis. Stat. § 9.01(6)(b).

Dated at Madison, Wisconsin this 3rd day of December, 2020.

**TROUPIS LAW OFFICE**

By: *Electronically Signed by James R. Troupis*
James R. Troupis, SBN 1005341
4126 Timber Ln.
Cross Plains, WI 53528-9786
Phone:     608.305.4889
Email:     judgetroupis@gmail.com

**CONWAY, OLEJNICZAK & JERRY S.C.**

By: *Electronically Signed by R. George Burnett*
R. George Burnett, SBN 1005964
Kurt A. Goehre, SBN 1068003
231 S. Adams St., P.O. Box 23200
Green Bay, WI 54305-3200
Phone:     920.437.0476
Email:     rgb@lcojlaw.com

*Attorneys for Plaintiffs*

STATE OF WISCONSIN     CIRCUIT COURT     DANE COUNTY

DONALD J. TRUMP,
and
MICHAEL R. PENCE,

      Plaintiffs,

v.

JOSEPH R. BIDEN
KAMALA D. HARRIS,
DANE COUNTY CLERK
c/o SCOTT MCDONELL,
DANE COUNTY BOARD
OF CANVASSERS
c/o ALAN A. ARNSTEN,
WISCONSIN ELECTION COMMISSION,
and
ANN S. JACOBS,

      Defendants.

## SURETY AND UNDERTAKING FOR APPEAL

WHEREAS, the Republican Party of Wisconsin (the "Surety") desires to act as surety and give undertaking for the payment of all costs taxed against the appellant in the above-captioned matter pursuant to Wis. Stat. § 9.01(6)(a).

WHEREAS, the Surety has deposited the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) in an account located at BMO Harris Bank, NA.

NOW, THEREFORE, the undersigned surety does hereby obligate itself under said statutory obligations in the amount of up to One Hundred Thousand and 00/100 Dollars ($100,000.00).

IT IS FURTHER AGREED by the Surety, that contemporaneously with the filing of this document, it shall deposit the sum of Fifty Thousand and 00/100 Dollars ($50,000.00) with the Clerk of Court for Dane County and Fifty Thousand and 00/100 Dollars ($50,000.00) with the Clerk of Court for Milwaukee County or, in the alternative, if these matters are consolidated the Surety shall deposit the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) with the Clerk of Court for the County as directed by a court having due jurisdiction (the

"Undertaking"). The Undertaking shall be held by the respective county's Clerk of Court as security for the obligations for all costs taxed against the appellant pursuant to Wis. Stat. § 9.01(6)(a).

IT IS FURTHER AGREED by the Surety, that in the case of default or contumacy by the Surety or the appellant, the Court may, upon notice to it of not less than ten (10) days, deduct all costs taxed against the appellant from the Undertaking or proceed summarily and render judgment against the Surety in accordance with its obligation and award execution thereon.

IT IS FURTHER AGREED that the Surety, its successors and assigns, by the signature of the undersigned Chairman, agrees to be bound by the promises set forth herein.

Dated this 3rd day of December, 2020.

REPUBLICAN PARTY OF WISCONSIN

By: *Electronically signed by Andrew Hitt*
Andrew Hitt, its Chairman