# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| William Feehan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-1771 |
| Wisconsin Elections Commission, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenors Wisconsins State Conference NAACP; D. Harrell; W.J. Harris, Sr.; E. Moss .

Date: 12/08/2020

/s/ Jacob P. Conarck
*Attorney's signature*

Jacob P. Conarck D.C. Bar No. 1620049
*Printed name and bar number*
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005

*Address*

jconarck@lawyerscommittee.org
*E-mail address*

(202) 662-8395
*Telephone number*

(202) 783-0857
*FAX number*