# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| WILLIAM FEEHAN and DERRICK VAN ORDEN ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-01771-PP |
| WISCONSIN ELECTIONS COMMISSION, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor - Democratic National Committee.

Date:   12/08/2020

s/ Seth P. Waxman
*Attorney's signature*

Seth P. Waxman
*Printed name and bar number*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Address*

Seth.Waxman@wilmerhale.com
*E-mail address*

(202) 663-6800
*Telephone number*

(202) 663-6363
*FAX number*