# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**WILLIAM FEEHAN,**

              **Plaintiff,**              **CASE NO. 2:20-cv-1771**

    v.

**WISCONSIN ELECTIONS COMMISSION,**
  and its members **ANN S. JACOBS,**
  **MARK L. THOMSEN, MARGE**
  **BOSTELMAN, JULIE M. GLANCEY,**
  **DEAN KNUDSON, ROBERT F.**
  **SPINDELL, JR., in their official**
  **capacities, GOVERNOR TONY EVERS,**
  **in his official capacity,**

        **Defendants.**

_____

## DECLARATION OF WILLIAM FEEHAN
_____

Pursuant to 28 U.S.C.§ 1746, I, William Feehan, hereby declare as follows:

1) I am Plaintiff in the above action, and am a resident of the City of La Crosse and La Crosse County, Wisconsin.

2) I am a lawfully registered Wisconsin voter and lawfully voted for President Donald J. Trump in the November 3, 2020 election.

3) I am a nominee of the Republican Party to be a Presidential Elector on behalf of the State of Wisconsin and am pledged as an Elector to vote for him when the Electoral College meets December 14, 2020.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated December 8, 2020

                                          */s William Feehan*               .
                                        William Feehan