# Michael Dean

| | |
|---|---|
| **From:** | Jeffrey Mandell <JMandell@staffordlaw.com> |
| **Sent:** | Wednesday, December 9, 2020 11:24 AM |
| **To:** | Michael Dean; Murphy, S. Michael |
| **Cc:** | sidney@federalappeals.com; Howard Kleinhendler (howard@kleinhendler.com); Dan Eastman (daneastman@me.com) |
| **Subject:** | RE: Motion to Seal/Restrict Identities  Feehan v. Wisconsin Elections Commission et al 2:20-cv-1771 |

Mike –

The Governor opposes your motion.

First, Judge Pepper could not have been clearer yesterday that she is not entertaining evidentiary issues until and unless she has resolved the justiciability and dismissal arguments. Continuing to press forward with evidentiary issues at this point is prejudicial to Governor Evers, whose counsel are working around the clock to satisfy Plaintiffs' request for expedited resolution of this case.

Second, we object to the notion that Plaintiff can rely upon anonymous declarants or witnesses. Can you provide any authority showing that a federal court has allowed such an approach anywhere at any time in a civil matter?

Third, even if you proceed and the Court allows these revised filings, it remains our position, as I outlined on yesterday's call, that the Court cannot and should not consider any declarations, affidavits, or reports that Defendants have not had a full and fair opportunity to test through live cross-examination. We also reserve the right to object to any testimony being introduced via declaration or affidavit, depending on how a hearing, if ever scheduled, is structured.

Jeff

**STAFFORD ROSENBAUM**

*Celebrating 140 Years of Excellence*

Jeffrey A. Mandell | (he, him, his)
jmandell@staffordlaw.com | 608.210.6303 |
222 West Washington Avenue, Suite 900
P.O. Box 1784 | Madison, Wisconsin 53701-1784
www.staffordlaw.com | LinkedIn

*Wisconsin member firm of ALFA International, the premiere global network of independent law firms.*

This is a transmission from the law firm of Stafford Rosenbaum LLP and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify me immediately at the telephone number included above.

**From:** Michael Dean <miked@michaelddeanllc.com>
**Sent:** Wednesday, December 9, 2020 10:21 AM
**To:** Murphy, S. Michael <murphysm@doj.state.wi.us>; Jeffrey Mandell <JMandell@staffordlaw.com>
**Cc:** sidney@federalappeals.com; Howard Kleinhendler (howard@kleinhendler.com) <howard@kleinhendler.com>; Dan Eastman (daneastman@me.com) <daneastman@me.com>
**Subject:** Motion to Seal/Restrict Identities Feehan v. Wisconsin Elections Commission et al 2:20-cv-1771

Mike and Jeff

For housekeeping on the exhibits, we would like to submit unredacted copies of

1

(1) Exhs. 1 and 12 to Plaintiff's Amended Complaint as "Sealed" so that the identities of the affiants will be available to the court only and

(2) Exhibits 4, 13 and 19 as "Restricted" so that identifies of the affiants will be available only to counsel through a court-generated password.

https://www.wied.uscourts.gov/e-filing-restricted-and-sealed-documents

General L. R. 79(d)(4) requires that a motion to seal be accompanied by a "certification that the parties have conferred in a good faith attempt to avoid the motion or to limit the scope of the documents or materials subject to sealing under the motion," so I am communicating with you only as lead counsel for the current "parties" to the case.

The motion and supporting memo are attached, also a short declaration as an exhibit. There's some precedent in the 7th Cir. that the court can't leave it to parties to stipulate to seal, so I think I have to file the motion regardless.

Please let me whether you concur with the Motion so I can note that in the Motion and Certification.

Thanks much.

Mike Dean
Michael D. Dean, LLC
Attorney at Law
P.O. Box 2545
Brookfield, WI 53008
(262) 798-8044
(262) 798-8045 fax

***************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Michael D. Dean and Michael D. Dean, LLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.  Thank you.