IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,

    Plaintiff,

v.                                               Case No. 20-CV-1771

WISCONSIN ELECTIONS
COMMISSION, and its members ANN S.
JACOBS, MARK L. THOMSEN, MARGE
BOSTELMAN, JULIE M. GLANCEY,
DEAN KNUDSON, ROBERT F.
SPINDELL, JR., in their official
capacities, GOVERNOR TONY EVERS,
in his official capacity,

    Defendants.

## DEFENDANTS WISCONSIN ELECTIONS COMMISSION AND ITS MEMBERS' SUBMISSION OF UNREPORTED AUTHORITY PURSUANT TO CIVIL L.R. 7(J)

Defendants Wisconsin Elections Commission, Ann S. Jacob, Mark L. Thomsen, Marge Bostelman, Julie M. Glancey, Dean Knudson, and Robert F. Spindell, Jr., by their attorneys, and pursuant to Civil L. R. 7(j), hereby submit the following unreported authority cited in *Defendant Commission and Commissioner's Reply in Support of Motion to Dismiss*.

1. *King v. Whitmer*, No. 20-13134, 2020 WL 7134198 (E.D. Mi. December 7, 2020);

2. *Bognet v. Sec'y Commonwealth of Pennsylvania*, No. 20-3214, 2020 WL 6686120 (3d. Cir. Nov. 13, 2020)– (previously filed at Dkt. 58-4);

3. *Donald J. Trump for President, Inc. v. Boockvar*, No. 20-CV-966, 2020 WL 5997680 (W.D. Pa. Oct. 10, 2020)– (previously filed at Dkt. 58-5)

4. *Hotze v. Hollins,* No. 4:20-cv-03709, 2020 WL 6437668 (S.D. Tex. Nov. 2, 2020);

5. *Massey v. Coon*, No. 87-3768, 1989 WL 884 (9th Cir. Jan. 3, 1989)

6. *Aguila Mgmt. LLC v. Int'l Fruit Genetics LLC*, No. CV-19-00173-PHX-DJH, 2020 WL 736303 (D. Ariz. Feb. 13, 2020);

7. *Solow Bldg. Co., LLC v. Nine West Group, Inc.*, No. 00 Civ. 7685(DC), 2001 WL 736794 (S.D.N.Y. June 29, 2001)

Dated this 9th day of December, 2020.

        Respectfully submitted,

        JOSHUA L. KAUL
        Attorney General of Wisconsin

        Electronically signed by:

        <u>s/ S. Michael Murphy</u>
        S. MICHAEL MURPHY
        Assistant Attorney General
        State Bar #1078149

        JODY J. SCHMELZER
        Assistant Attorney General
        State Bar #1027796

2
Case 2:20-cv-01771-PP   Filed 12/09/20   Page 2 of 3   Document 78

COLIN T. ROTH
Assistant Attorney General
State Bar #1103985

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457 (Murphy)
(608) 266-3094 (Schmelzer)
(608) 264-6219 (Roth)
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us
schmelzerjj@doj.state.wi.us
rothct@doj.state.wi.us