# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| WILLIAM FEEHAN and DERRICK VAN ORDEN <br> *Plaintiff* <br> v. <br> WISCONSIN ELECTIONS COMMISSION, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 2:20-cv-01771-PP <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor - Democratic National Committee.

Date: 12/09/2020

/s/ Christopher Bouchoux
*Attorney's signature*

Christopher Bouchoux
*Printed name and bar number*
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Address*

Christopher.Bouchoux@wilmerhale.com
*E-mail address*

(212) 230-8823
*Telephone number*

(212) 230-8888
*FAX number*