# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| WILLIAM FEEHAN and DERRICK VAN ORDEN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:20-cv-01771-PP |
| WISCONSIN ELECTIONS COMMISSION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor - Democratic National Committee                                                                                                      .

Date:      12/15/2020                                        /s/ Joseph J. Yu
                                                                    *Attorney's signature*

                                                                    Joseph J. Yu
                                                                    *Printed name and bar number*
                                                                    7 World Trade Center
                                                                    250 Greenwich Street
                                                                    New York, NY 10007

                                                                    *Address*

                                                                    Joseph.Yu@wilmerhale.com
                                                                    *E-mail address*

                                                                    (212) 295-6551
                                                                    *Telephone number*

                                                                    (212) 230-8888
                                                                    *FAX number*