IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

WILLIAM FEEHAN,

              Plaintiff,             CASE NO. 2:20-cv-1771

  v.

WISCONSIN ELECTIONS COMMISSION,
  and its members ANN S. JACOBS, MARK
  L. THOMSEN, MARGE BOSTELMAN,
  JULIE M. GLANCEY, DEAN KNUDSON,
  ROBERT F. SPINDELL, JR., in their official
  capacities, GOVERNOR TONY EVERS, in
  his official capacity,

              Defendants.

---

PLAINTIFF'S AMENDED NOTICE OF APPEAL

---

Notice is hereby given that William Feehan, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's Order dated December 9, 2020, ECF Dkt. No.83, dismissing his Amended Complaint for Declaratory, Emergency, and Permanent Injunctive Relief, Dkt. No. 9, and denying as moot his Corrected Motion for Declaratory, Emergency, and Permanent Injunctive Relief, Dkt. No. 6, and Amended Motion for Temporary Restraining Order and Preliminary Injunction to be Considered in an Expedited Manner, Dkt. No. 10, and further appeals from the Judgment entered in favor of the Defendants and against the Plaintiff dated December 9, 2020.

Dated December 10, 2020.

ATTORNEYS FOR PLAINTIFF

/s Sidney Powell
Texas Bar No. 16209700
Sidney Powell PC
2911 Turtle Creek Blvd.
Suite 300
Dallas, Texas 75219
(517) 763-7499
sidney@federalappeals.com

Howard Kleinhendler
New York Bar No. 2657120
Howard Kleinhendler, Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com


Local Counsel for Plaintiffs

Michael D. Dean
Wis. Bar No.01019171
P.O. Box 2545
Brookfield, WI 53008
(262) 798-8044
miked@michaelddeanllc.com

Daniel J. Eastman
Wis. Bar No.1011433
P.O. Box 158
Mequon, Wisconsin 53092
(414) 881-9383
daneastman@me.com