# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CIVIL DOCKET FOR CASE #: 2:20–cv–01771–PP

Feehan et al v. Wisconsin Elections Commission et al
Assigned to: Chief Judge Pamela Pepper
Case in other court: 20–03396
                USCA: Feehan: 12–00010–2020, 20–03396
Cause: 42:1983 Civil Rights Act

Date Filed: 12/01/2020
Date Terminated: 12/10/2020
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**William Feehan**    represented by    **Daniel J Eastman**
Eastman Law
PO Box 158
Mequon, WI 53092
414–881–9383
Email: daneastman@me.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D Dean**
Michael D Dean LLC
17035 W Wisconsin Ave – Ste 100
PO Box 2545
Brookfield, WI 53008
262–798–8044
Fax: 262–798–8045
Email: miked@michaelddeanllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Johnson**
Sidney Powell PC
2911 Turtle Creek Blvd – Ste 300
Dallas, TX 75219
*ATTORNEY TO BE NOTICED*

**Emily P Newman**
Sidney Powell PC
2911 Turtle Creek Blvd – Ste 300
Dallas, TX 75219
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
Howard Kleinhendler Esq
369 Lexington Ave – 12th Fl
New York, NY 10017
917–793–1188
Fax: 732–901–0832
Email: howard@kleinhendler.com
*ATTORNEY TO BE NOTICED*

**Julia Z Haller**
Sidney Powell PC
2911 Turtle Creek Blvd – Ste 300
Dallas, TX 75219
*ATTORNEY TO BE NOTICED*

**L Lin Wood**

L Lin Wood PC
PO Box 52584
Atlanta, GA 30305–0584
404–891–1402
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
Sidney Powell PC
2911 Turtle Creek Blvd – Ste 300
Dallas, TX 75219
214–707–1775
Email: sidney@federalappeals.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrick Van Orden** represented by **Michael D Dean**
*TERMINATED: 12/03/2020* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel J Eastman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily P Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia Z Haller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**L Lin Wood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wisconsin Elections Commission** represented by **Colin T Roth**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–0020
Fax: 608–267–2223
Email: rothct@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**

Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–3094
Fax: 608–267–8906
Email: schmelzerjj@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707–7857
608–266–5457
Fax: 608–267–2223
Email: murphysm@doj.state.wi.us
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Ann S Jacobs** represented by **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark L Thomsen** represented by **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Marge Bostelmann** represented by **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Julie M Glancey** represented by

**Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commissioner Dean Knudson**  represented by  **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert F Spindell, Jr**  represented by  **Colin T Roth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jody J Schmelzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Michael Murphy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Evers**  represented by  **Davida Brook**
Susman Godfrey LLP
1901 Ave of the Stars – Ste 950
Los Angeles, CA 90061
310–789–3100
Fax: 310–789–3150
Email: dbrook@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Jeffrey A Mandell**
Stafford Rosenbaum LLP
222 W Washington Ave – Ste 900
PO Box 1784
Madison, WI 53701–1784
608–256–0226
Fax: 608–259–2600
Email: jmandell@staffordlaw.com
*ATTORNEY TO BE NOTICED*

**Justin A Nelson**
Susman Godfrey LLP
1000 Louisiana St – Ste 5100
Houston, TX 77002–5096
713–653–7895

Fax: 713−654−6666
Email: jnelson@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Paul M Smith**
Campaign Legal Center
1101 14th St NW − Ste 400
Washington, DC 20005
202−856−7901
Fax: 202−736−2222
Email: psmith@campaignlegal.org
*ATTORNEY TO BE NOTICED*

**Rachel E Snyder**
Stafford Rosenbaum LLP
222 W Washington Ave − Ste 900
PO Box 1784
Madison, WI 53701−1784
608−259−2657
Fax: 608−259−2600
Email: rsnyder@staffordlaw.com
*ATTORNEY TO BE NOTICED*

**Richard Manthe**
Stafford Rosenbaum LLP
222 W Washington Ave − Ste 900
PO Box 1784
Madison, WI 53701−1784
608−259−2684
Email: rmanthe@staffordlaw.com
*ATTORNEY TO BE NOTICED*

**Stephen Morrissey**
Susman Godfrey LLP
1201 3rd Ave − Ste 3800
Seattle, WA 98101
206−373−7380
Email: smorrissey@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Stephen Shackelford , Jr**
Susman Godfrey LLP
1301 Ave of the Americans −32nd Fl
New York, NY 10019
212−729−2012
Email: sshackelford@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Wisconsin State Conference NAACP**  represented by  **Allison E Laffey**
Laffey Leitner & Goode LLC
325 E Chicago St − Ste 200
Milwaukee, WI 53202
414−312−7003
Fax: 414−755−7089
Email: alaffey@llgmke.com
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
Lawyers Committee for Civil Rights Under Law
1500 K Street NW − Ste 900
Washington, DC 20005
202−662−8345

Fax: 202-783-0857
Email: erosenberg@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Jacob Conarck**
Lawyer's Committee for Civil Rights Under Law
1500 K St NW – 9th Fl
Washington, DC 20005
202-662-8315
Fax: 202-783-0857
Email: jpconarck@gmail.com
*ATTORNEY TO BE NOTICED*

**John W Halpin**
Laffey Leitner & Goode LLC
325 E Chicago St – Ste 200
Milwaukee, WI 53202
414-312-7261
Fax: 414-755-7089
Email: jhalpin@llgmke.com
*ATTORNEY TO BE NOTICED*

**Jon Greenbaum**
Lawyers'Committee for Civil Rights Under Law
District Of Columbia
1500 K Street NW – 9th Fl
Washington, DC 20005
202-662-8315
Email: jgreenbaum@lawyerscommittee.org
*ATTORNEY TO BE NOTICED*

**Joseph S Goode**
Laffey Leitner & Goode LLC
325 E Chicago St – Ste 200
Milwaukee, WI 53202
414-312-7003
Fax: 414-755-7089
Email: jgoode@llgmke.com
*ATTORNEY TO BE NOTICED*

**Mark M Leitner**
Laffey Leitner & Goode LLC
325 E Chicago St – Ste 200
Milwaukee, WI 53202
414-312-7003
Fax: 414-755-7089
Email: mleitner@llgmke.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Dorothy Harrell** represented by **Allison E Laffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W Halpin**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
| | | **Jon Greenbaum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph S Goode**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark M Leitner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** | | |
| **Wendell J. Harris, Sr.** | represented by | **Allison E Laffey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ezra D Rosenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **John W Halpin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon Greenbaum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph S Goode**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark M Leitner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Amicus** | | |
| **Earnestine Moss** | represented by | **Allison E Laffey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Ezra D Rosenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **John W Halpin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jon Greenbaum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph S Goode**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Mark M Leitner**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Intervenor**

**Democratic National Committee** represented by **Sopen B Shah**
Perkins Coie LLP
33 E Main St – Ste 201
Madison, WI 53703
608−663−7460
Fax: 608−663−7460
Email: SShah@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Will McDonell Conley**
Perkins Coie LLP
33 E Main St – Ste 201
Madison, WI 53703
608−663−7460
Fax: 608−663−7499
Email: WConley@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles G Curtis , Jr**
Perkins Coie LLP
33 E Main St – Ste 201
Madison, WI 53703
608−663−5411
Fax: 608−663−7499
Email: ccurtis@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Christopher Bouchoux**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212−230−8823
Email: christopher.bouchoux@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**David S Lesser**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212−230−8851
Email: david.lesser@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Jamie Dycus**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007
212−937−7236
Email: jamie.dycus@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Joseph J Yu**
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
New York, NY 10007

212−295−6551
Email: joseph.yu@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Michelle M Umberger**
Perkins Coie LLP
33 E Main St − Ste 201
Madison, WI 53703
608−663−7460
Fax: 608−663−7499
Email: MUmberger@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Seth P Waxman**
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
202−663−6800
Fax: 202−663−6363
Email: seth.waxman@wilmerhale.com
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**James Gesbeck** represented by **James Gesbeck**
9302 Harvest Moon Lane
Verona, WI 53593
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2020 | 1 | COMPLAINT against All Plaintiffs by William Feehan. ( Filing Fee PAID $400 receipt number AWIEDC−3652059) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit)(Dean, Michael) (Additional attachment(s) added on 12/1/2020: # 28 Civil Cover Sheet) (jcl). |
| 12/01/2020 | 2 | MOTION for Temporary Restraining Order by All Plaintiffs. (Dean, Michael) |
| 12/01/2020 | 3 | BRIEF in Support filed by All Plaintiffs re 2 MOTION for Temporary Restraining Order . (Dean, Michael) |
| 12/01/2020 |  | NOTICE Regarding assignment of this matter to Chief Judge Pamela Pepper; Consent/refusal forms for Magistrate Judge Joseph to be filed within 21 days; the consent/refusal form is available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (jcl) |
| 12/01/2020 | 4 | Magistrate Judge Jurisdiction Form filed by All Plaintiffs. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Dean, Michael) |
| 12/01/2020 | 5 | DISCLOSURE Statement by All Plaintiffs. (Dean, Michael) |
| 12/01/2020 | 6 | MOTION to Amend/Correct Docket # 2: PLAINTIFFS MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF by All Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Dean, Michael) |
| 12/02/2020 | 7 | ORDER signed by Chief Judge Pamela Pepper on 12/2/2020 re 6 Amended Motion for Injunctive Relief. (cc: all counsel)(cb) |

| 12/02/2020 | 8 | NOTICE of Appearance by Sidney Powell on behalf of All Plaintiffs. Attorney(s) appearing: Sidney Powell (Powell, Sidney) |
|---|---|---|
| 12/03/2020 | 9 | AMENDED COMPLAINT *removing Derrick Van Orden as Plaintiff* against All Defendants filed by William Feehan. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit)(Dean, Michael) |
| 12/03/2020 | 10 | Emergency MOTION to Amend/Correct Docket # 6: PLAINTIFFS CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF by William Feehan. (Attachments: # 1 Information Sheet Proposed Briefing Schedule)(Dean, Michael) |
| 12/03/2020 | 11 | NOTICE of Appearance by Jeffrey A Mandell on behalf of Tony Evers. Attorney(s) appearing: Jeffrey A. Mandell (Mandell, Jeffrey) |
| 12/03/2020 | 12 | NOTICE of Appearance by Rachel E Snyder on behalf of Tony Evers. Attorney(s) appearing: Rachel E. Snyder (Snyder, Rachel) |
| 12/03/2020 | 13 | NOTICE of Appearance by Howard Kleinhendler on behalf of William Feehan. Attorney(s) appearing: Howard Kleinhendler (Kleinhendler, Howard) |
| 12/03/2020 | 14 | MOTION to Intervene by James Gesbeck. (Attachments: # 1 Proposed Answer, # 2 Certificate of Service)(asc) |
| 12/03/2020 | 15 | BRIEF in Support filed by James Gesbeck re 14 MOTION to Intervene. (asc) |
| 12/03/2020 | 16 | MOTION Reassign Case Pursuant to Civil L.R. 3(b) by Tony Evers. (Attachments: # 1 Exhibit 1 – Notice from Case 20–CV–1785)(Mandell, Jeffrey) |
| 12/03/2020 | 17 | NOTICE of Appearance by Sean Michael Murphy on behalf of Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission. Attorney(s) appearing: Sean Michael Murphy, Jody J. Schmelzer, Colin T. Roth (Murphy, Sean) |
| 12/03/2020 | 18 | RESPONSE to Motion filed by William Feehan re 16 MOTION Reassign Case Pursuant to Civil L.R. 3(b) . (Dean, Michael) |
| 12/03/2020 | 19 | ORDER signed by Chief Judge Pamela Pepper on 12/3/2020 DENYING 16 defendant Tony Evers's motion to reassign case pursuant to Civil L.R. 3(b). (cc: all counsel)(cb) |
| 12/03/2020 | 20 | NOTICE of Appearance by Charles G Curtis, Jr on behalf of Democratic National Committee. Attorney(s) appearing: Charles G. Curtis (Curtis, Charles) |
| 12/03/2020 | 21 | NOTICE of Appearance by Michelle M Umberger on behalf of Democratic National Committee. Attorney(s) appearing: Michelle M. Umberger (Umberger, Michelle) |
| 12/03/2020 | | Party Derrick Van Orden terminated. (amb) (Entered: 12/04/2020) |
| 12/04/2020 | 22 | MOTION to Intervene by Democratic National Committee. (Attachments: # 1 Exhibit 1–Proposed Answer, # 2 Text of Proposed Order)(Umberger, Michelle) |
| 12/04/2020 | 23 | BRIEF in Support filed by Democratic National Committee re 22 MOTION to Intervene . (Umberger, Michelle) |
| 12/04/2020 | 24 | DISCLOSURE Statement by Democratic National Committee. (Umberger, Michelle) |
| 12/04/2020 | 25 | REPLY filed by Tony Evers *to Plaintiff's Proposed Briefing Schedule*. (Mandell, Jeffrey) |
| 12/04/2020 | 26 | REPLY filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission *to Plaintiff's Proposed Briefing Schedule*. (Murphy, Sean) |
| 12/04/2020 | 27 | NOTICE of Appearance by Justin A Nelson on behalf of Tony Evers. Attorney(s) appearing: Justin A. Nelson (Nelson, Justin) |
| 12/04/2020 | 28 | NOTICE of Appearance by Davida Brook on behalf of Tony Evers. Attorney(s) appearing: Davida Brook (Brook, Davida) |

| | | |
|---|---|---|
| 12/04/2020 | 29 | ORDER signed by Chief Judge Pamela Pepper on 12/4/2020. 10 Plaintiff's amended motion GRANTED IN PART to extent that it is Civil L.R. 7(h) expedited non−dispositive motion for expedited briefing schedule; defendant's opposition to plaintiff's amended motion due by 5:00 PM on 12/7/2020, plaintiff's reply due by 5:00 PM on 12/8/2020. The court DEFERS RULING on plaintiff's amended motion to extent that it asks the court to issue TRO or preliminary injunction. (cc: all counsel)(cb) |
| 12/04/2020 | 30 | NOTICE of Appearance by Stephen Shackelford, Jr on behalf of Tony Evers. Attorney(s) appearing: Stephen L. Shackelford, Jr. (Shackelford, Stephen) |
| 12/04/2020 | 31 | NOTICE of Appearance by Richard Manthe on behalf of Tony Evers. Attorney(s) appearing: Richard A. Manthe (Manthe, Richard) |
| 12/04/2020 | 32 | NOTICE of Appearance by Paul M Smith on behalf of Tony Evers. Attorney(s) appearing: Paul M. Smith (Smith, Paul) |
| 12/04/2020 | 33 | 7(h) Expedited NON−DISPOSITIVE MOTION to Intervene by James Gesbeck. (Attachments: # 1 Certificate of Service)(lz) |
| 12/04/2020 | 34 | MOTION for Leave to File Excess Pages by Tony Evers. (Mandell, Jeffrey) |
| 12/04/2020 | 35 | NOTICE of Appearance by Sidney Powell on behalf of All Plaintiffs. Attorney(s) appearing: Sidney Powell (Powell, Sidney) |
| 12/04/2020 | 36 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 12/4/2020 re 34 MOTION for Leave to File Excess Pages filed by Tony Evers: The defendant seeks leave to file a brief in excess of the thirty pages allowed by Civil L.R. 7(f) because he proposes to both oppose the plaintiff's amended motion for injunctive relief and support his own, not yet filed motion to dismiss in the same pleading. The court appreciates any party's effort to streamline litigation, but would prefer that the defendant file separate briefs opposing the plaintiff's amended motion and supporting his own. This will avoid confusion when the plaintiff responds. The court **DENIES** the defendant's motion for leave to file excess pages. **NOTE: There is no document associated with this text−only order.** (cc: all counsel)(Pepper, Pamela) |
| 12/04/2020 | 37 | ORDER signed by Chief Judge Pamela Pepper on 12/4/2020 allowing James Gesbeck to file *amicus curiae* brief by 5:00 PM on 12/7/2020. (cc: all counsel, via mail to James Gesbeck)(cb) |
| 12/05/2020 | 38 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 12/5/2020 re 22 MOTION to Intervene filed by Democratic National Committee signed by Chief Judge Pamela Pepper on 12/5/2020: Under Civil L.R. 7(b), the plaintiff's response is due by December 25, 2020; because December 25 is a federal holiday, the court **ORDERS** that the plaintiff's response is due by December 28, 2020. **NOTE: There is no document associated with this text−only order.** (cc: all counsel)(Pepper, Pamela) |
| 12/05/2020 | 39 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 12/05/2020 re 33 MOTION to Intervene filed by James Gesbeck: Under Civil L.R. 7(h), the plaintiff's response is due by Friday, December 11, 2020. **NOTE: There is no document associated with this text−only order.** (cc: all counsel)(Pepper, Pamela) |
| 12/05/2020 | 40 | Expedited MOTION to Intervene by Democratic National Committee. (Umberger, Michelle) |
| 12/06/2020 | 41 | ORDER signed by Chief Judge Pamela Pepper on 12/6/2020. 40 Movant DNC's expedited motion to intervene GRANTED to extent that court has expedited its ruling on original motion to intervene. 22 Movant DNC's original motion to intervene DENIED. Movant DNC may file *amicus curiae* brief by 5:00 PM on 12/7/2020. (cc: all counsel)(cb) |
| 12/06/2020 | 42 | BRIEF in Support filed by William Feehan re 10 Emergency MOTION to Amend/Correct Docket # 6: PLAINTIFFS CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF *Amended Brief*. (Dean, Michael) |
| 12/06/2020 | 43 | MOTION To File Separate Reply Briefs by William Feehan. (Dean, Michael) |

| 12/06/2020 | 44 | MOTION To Hold Consolidated Evidentiary Hearing/Trial by William Feehan. (Dean, Michael) |
|---|---|---|
| 12/07/2020 | 45 | TEXT ONLY ORDER signed by Chief Judge Pamela Pepper on 12/7/2020 re 43 MOTION To File Separate Reply Briefs filed by William Feehan: The court **GRANTS** the plaintiff's motion for leave to file separate reply briefs. If the defendants file a single opposition brief, the plaintiff must file one reply to that brief. If the defendants file separate opposition briefs, the plaintiff may file a reply for each opposition brief. The plaintiff also may file a separate reply for each brief filed by an amicus. (In other words, the plaintiff could file up to four reply briefs if the defendants file separate briefs and each amicus files a brief.) If the defendants file a separate motion to dismiss, the plaintiff may file an opposition brief of up to thirty pages under Civil L.R. 7(b). **NOTE: There is no document associated with this text–only order.** (cc: all counsel)(Pepper, Pamela) |
| 12/07/2020 |  | NOTICE of Hearing: Status Conference set for 12/8/2020 at 11:00 AM by telephone before Chief Judge Pamela Pepper. The parties are to appear by calling the court's conference line at 888–557–8511 and entering access code 4893665#. (cc: all counsel)(cb) |
| 12/07/2020 | 46 | RESPONSE to Motion filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission re 44 MOTION To Hold Consolidated Evidentiary Hearing/Trial . (Murphy, Sean) |
| 12/07/2020 | 47 | AMICUS BRIEF in Opposition to 6 MOTION for Injunctive Relief filed by James Gesbeck. (asc) |
| 12/07/2020 | 48 | NOTICE of Appearance by David S Lesser on behalf of Democratic National Committee. Attorney(s) appearing: David S. Lesser (Lesser, David) |
| 12/07/2020 | 49 | NOTICE of Appearance by Jamie Dycus on behalf of Democratic National Committee. Attorney(s) appearing: Jamie S. Dycus (Dycus, Jamie) |
| 12/07/2020 | 50 | NOTICE of Appearance by Stephen Morrissey on behalf of Tony Evers. Attorney(s) appearing: Stephen E. Morrissey (Morrissey, Stephen) |
| 12/07/2020 | 51 | MOTION to Dismiss *Plaintiff's Amended Complaint* by Tony Evers. (Mandell, Jeffrey) |
| 12/07/2020 | 52 | RESPONSE to Motion filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission re 2 MOTION for Temporary Restraining Order . (Murphy, Sean) |
| 12/07/2020 | 53 | MOTION to Dismiss by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission. (Murphy, Sean) |
| 12/07/2020 | 54 | BRIEF in Support filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission re 53 MOTION to Dismiss . (Murphy, Sean) |
| 12/07/2020 | 55 | BRIEF in Opposition filed by Tony Evers re 10 Emergency MOTION to Amend/Correct Docket # 6: PLAINTIFFS CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF . (Attachments: # 1 Exhibit 1 WVA v. WEC, # 2 Exhibit 2 Trump v. Boockvar, # 3 Exhibit 3 Wood v. Raffensperger, # 4 Exhibit 4 Wood v. Raffensperger (11th Cir.), # 5 Exhibit 5 King v. Whitmer TRO Decision, # 6 Exhibit 6 Zilisch v. R.J. Reynolds, # 7 Exhibit 7 Consolidate Water v..40 Acres, # 8 Exhibit 8 Jefferson v. Dane County, # 9 Exhibit 9 Bognet v. Secretary of Commonwealth, # 10 Exhibit 10 O'Bright v. Lynch Order, # 11 Exhibit 11 Trump v. Evers Order)(Mandell, Jeffrey) |
| 12/07/2020 | 56 | MOTION for Leave to File *Amicus Curiae Brief* by Wisconsin State Conference NAACP, Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss. (Goode, Joseph) |
| 12/07/2020 | 57 | BRIEF in Opposition filed by Democratic National Committee re 10 Emergency MOTION to Amend/Correct Docket # 6: PLAINTIFFS CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF . (Attachments: # 1 Exhibit 1 – Washington Voters Alliance Case, # 2 Exhibit 2 – |

| | | |
|---|---|---|
| | | Trump v. Evers Case, # 3 Exhibit 3 – Mueller v. Jacobs Case, # 4 Exhibit 4 – King v. Benson Case, # 5 Exhibit 5 – March 29, 2020 Guidance, # 6 Exhibit 6 – Jefferson v. Dane Case, # 7 Exhibit 7 – October 18, 2016 Guidance, # 8 Exhibit 8 – Election Manual, # 9 Exhibit 9 – November 10, 2020 Guidance)(Umberger, Michelle) |
| 12/07/2020 | 58 | UNPUBLISHED Decision *Pursuant to Civil L.R. 7(J)* filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission (Attachments: # 1 Exhibit 1– Martel v. Condos, # 2 Exhibit 2– Moore v. Circosta, # 3 Exhibit 3– Donald J. Trump for President v. Cegavske, # 4 Exhibit 4– Bognet v. Secretary of the Commonwealth of Pennsylvania, # 5 Exhibit 5– Donald J. Trump for President v. Boockvar, # 6 Exhibit 6– Donald J. Trump for President v. Pennsylvania, # 7 Exhibit 7– Wood v. Raffensperger, # 8 Exhibit 8– King v. Whitmer)(Murphy, Sean) |
| 12/07/2020 | 59 | BRIEF in Support filed by Tony Evers re 51 MOTION to Dismiss *Plaintiff's Amended Complaint* . (Attachments: # 1 Exhibit 1 Whitake v. Kenosha, # 2 Exhibit 2 Bognet v. Secretary of Commenwealth, # 3 Exhibit 3 Hotze v. Hollins, # 4 Exhibit 4 Wood v. Raffensperger, # 5 Exhibit 5 Wood v. Raffensperger (11th Cir.), # 6 Envelope 6 Moore v. Circosta, # 7 Exhibit 7 Trump v. Evers, # 8 Exhibit 8 WVA v. WEC, # 9 Exhibit 9 Trump Notice of Appeal, # 10 Exhibit 10Trump v. Biden Consolidation Order, # 11 Exhibit 11 Andino v. Middleton, # 12 Exhibit 12 Massey v. Coon, # 13 Exhibit 13 Balsam v. New Jersey, # 14 Exhibit 14 Thompson v. Alabama, # 15 Exhibit 15 Braynard Expert Report)(Mandell, Jeffrey) |
| 12/07/2020 | 60 | BRIEF in Opposition filed by Tony Evers re 44 MOTION To Hold Consolidated Evidentiary Hearing/Trial . (Mandell, Jeffrey) |
| 12/08/2020 | 61 | NOTICE of Appearance by Jon Greenbaum on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Jon Greenbaum (Greenbaum, Jon) |
| 12/08/2020 | 62 | NOTICE of Appearance by Allison E Laffey on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Allison E. Laffey (Laffey, Allison) |
| 12/08/2020 | 63 | NOTICE of Appearance by John W Halpin on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: John W. Halpin (Halpin, John) |
| 12/08/2020 | 64 | NOTICE of Appearance by Mark M Leitner on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Mark M. Leitner (Leitner, Mark) |
| 12/08/2020 | 65 | NOTICE of Appearance by Joseph S Goode on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Joseph S. Goode (Goode, Joseph) |
| 12/08/2020 | 66 | NOTICE of Appearance by Ezra D Rosenberg on behalf of Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP. Attorney(s) appearing: Ezra D. Rosenberg (Rosenberg, Ezra) |
| 12/08/2020 | 67 | NOTICE of Appearance by Jacob Conarck on behalf of Wisconsin State Conference NAACP. Attorney(s) appearing: Jacob P. Conarck (Conarck, Jacob) |
| 12/08/2020 | 68 | NOTICE of Appearance by Seth P Waxman on behalf of Democratic National Committee. Attorney(s) appearing: Seth P. Waxman (Waxman, Seth) |
| 12/08/2020 | 69 | ORDER signed by Chief Judge Pamela Pepper on 12/8/2020 GRANTING 56 Motion for Leave to File *Amicus Curiae Brief* filed by Earnestine Moss, Dorothy Harrell, Wisconsin State Conference NAACP, Wendell J. Harris, Sr. (cc: all counsel)(cb) |
| 12/08/2020 | 70 | 🔊 Audio of statue conference held on 12/8/2020 at 11:08 a.m.; File Size (51.1 MB) (kgw) |
| 12/08/2020 | 71 | Court Minutes and Order from the Status Conference held before Chief Judge Pamela Pepper on 12/8/2020. The court **DENIES** the 44 Motion for Consolidated Evidentiary Hearing and Trial on the Merits. The court **ORDERS** the plaintiff to file his responses to the motions to dismiss (Dkt. Nos. 51 and 53) and reply brief in support of his |

| | | |
|---|---|---|
| | | motion for injunctive relief (Dkt. No. 10) by December 8, 2020 at 5 p.m. CST. The court **ORDERS** that if the defendants and amici wish to file reply briefs in support of the motions to dismiss, they must do so by December 9, 2020 at 3 p.m. CST. (Court Reporter Thomas Malkiewicz.) (kgw) |
| 12/08/2020 | 72 | BRIEF in Opposition filed by William Feehan re 51 MOTION to Dismiss *Plaintiff's Amended Complaint*, 10 Emergency MOTION to Amend/Correct Docket # 6: PLAINTIFFS CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF , 53 MOTION to Dismiss *and Consolidated in Reply/Response to Response Briefs of Defendants and Opposition Briefs of Amici*. (Attachments: # 1 Exhibit, # 2 Exhibit)(Dean, Michael) |
| 12/09/2020 | 73 | REPLY BRIEF in Support filed by Tony Evers re 51 MOTION to Dismiss *Plaintiff's Amended Complaint* . (Attachments: # 1 Exhibit 1 American Commercial Barge Lines v. Reserve FTL, # 2 Exhibit 2 Trump v. Secretary of Pennsylvania)(Mandell, Jeffrey) |
| 12/09/2020 | 74 | ORDER signed by Chief Judge Pamela Pepper on 12/9/2020. 14 James Gesbeck's motion to intervene DENIED. 33 James Gesbeck's Civil LR 7(h) motion to intervene GRANTED to extent it asks the court to expedite ruling on motion to intervene and DENIED to extent it asks the court to grant motion to intervene. (cc: all counsel)(cb) |
| 12/09/2020 | 75 | MOTION to Seal Document *Public Motion Prior to Filing Sealed/Restricted Exhibits* by William Feehan. (Attachments: # 1 Exhibit, # 2 Exhibit)(Dean, Michael) |
| 12/09/2020 | 76 | BRIEF in Support filed by William Feehan re 75 MOTION to Seal Document *Public Motion Prior to Filing Sealed/Restricted Exhibits* . (Dean, Michael) |
| 12/09/2020 | 77 | REPLY BRIEF in Support filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission re 53 MOTION to Dismiss . (Murphy, Sean) |
| 12/09/2020 | 78 | UNPUBLISHED Decision *Pursuant to Civil L.R. 7(J)* filed by Marge Bostelmann, Julie M Glancey, Ann S Jacobs, Dean Knudson, Robert F Spindell, Jr, Mark L Thomsen, Wisconsin Elections Commission (Attachments: # 1 Exhibit 1– King, # 2 Exhibit 2– Bognet, # 3 Exhibit 3– Boockvar, # 4 Exhibit 4– Hotze, # 5 Exhibit 5– Massey, # 6 Exhibit 6– Aguila Management, # 7 Exhibit 7– Solow Building Co.)(Murphy, Sean) |
| 12/09/2020 | 79 | BRIEF in Opposition filed by Dorothy Harrell, Wendell J. Harris, Sr., Earnestine Moss, Wisconsin State Conference NAACP re 6 MOTION to Amend/Correct Docket # 2: PLAINTIFFS MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF , 10 Emergency MOTION to Amend/Correct Docket # 6: PLAINTIFFS CORRECTED MOTION FOR DECLARATORY, EMERGENCY, AND PERMANENT INJUNCTIVE RELIEF . (Goode, Joseph) |
| 12/09/2020 | 80 | NOTICE of Appearance by Christopher Bouchoux on behalf of Democratic National Committee. Attorney(s) appearing: Christopher Bouchoux (Bouchoux, Christopher) |
| 12/09/2020 | 81 | NOTICE by Tony Evers *Notice of Supplemental Authority* (Brook, Davida) |
| 12/09/2020 | 82 | ORDER signed by Chief Judge Pamela Pepper on 12/9/2020 DENYING 75 plaintiff's Motion to Seal Document *Public Motion Prior to Filing Sealed/Restricted Exhibits*. (cc: all counsel)(cb) |
| 12/09/2020 | 83 | ORDER DISMISSING CASE signed by Chief Judge Pamela Pepper on 12/9/2020. 51 Defendant Evers's motion to dismiss plaintiff's amended complaint GRANTED. 53 Defendants Wisconsin Elections Commission and its Members motion to dismiss GRANTED. 6 Plaintiff's corrected motion for declaratory, emergency and permanent injunctive relief DENIED as moot. 10 Plaintiff's amended motion for temporary restraining order and preliminary injunction to be considered in an expedited manner DENIED as moot. 9 Plaintiff's amended complaint for declaratory, emergency and permanent injunctive relief DISMISSED. (cc: all counsel)(cb) |
| 12/10/2020 | 84 | NOTICE OF APPEAL as to 83 Order Dismissing Case,,, Terminate Motions,, by William Feehan. Filing Fee PAID $505, receipt number AWIEDC–3664794 (cc: all counsel) (Dean, Michael) |

| | | |
|---|---|---|
| 12/10/2020 | 85 | JUDGMENT signed by Deputy Clerk and approved by Chief Judge Pamela Pepper on 12/9/2020. (cc: all counsel)(cb) |
| 12/10/2020 | 86 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 84 Notice of Appeal (lmf) |
| 12/10/2020 | 87 | Attorney Cover Letter re: 84 Notice of Appeal (Attachments: # 1 Docket Sheet)(lmf) |
| 12/10/2020 | 88 | USCA Case Number 20–3396 re: 84 Notice of Appeal filed by William Feehan. (lmf) |
| 12/15/2020 | 89 | NOTICE of Appearance by Joseph J Yu on behalf of Democratic National Committee. Attorney(s) appearing: Joseph J. Yu (Yu, Joseph) |
| 12/15/2020 | 90 | AMENDED NOTICE OF APPEAL as to 85 Judgment, 83 Order Dismissing Case,,, Terminate Motions,, by William Feehan. (cc: all counsel) (Dean, Michael) Modified on 12/16/2020 (lmf). |
| 12/16/2020 | 91 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 90 Notice of Appeal (lmf) |