# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 16, 2020

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3448
>
> Caption:
> WILLIAM FEEHAN,
> Plaintiff - Appellant
>
> v.
>
> WISCONSIN ELECTIONS COMMISSION, et al.,
> Defendants - Appellees
>
> District Court No: 2:20-cv-01771-PP
> District Judge Pamela Pepper
> Clerk/Agency Rep Gina M. Colletti
>
> Date NOA filed in District Court: 12/15/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### CIRCUIT RULE 3(b) NOTICE

December 16, 2020

| | |
|---|---|
| No. 20-3448 | WILLIAM FEEHAN,<br>Plaintiff - Appellant<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:20-cv-01771-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper<br>Clerk/Agency Rep Gina M. Colletti |

Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal. This appeal was docketed on December 16, 2020. The District Court has indicated that as of December 16, 2020, the docket fee has not been paid. Depending on your situation, you should:

1.  Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so**. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2.  File a motion to proceed on appeal in forma pauperis with the District Court, if you have not already done so. An original and three (3) copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form prescribed by **Form 4** of the *Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/01/2013)*, listing the assets and income of the appellant(s).

3.  If the motion to proceed on appeal in forma pauperis is denied by the district

court, you must either pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within fourteen (14) days after service of notice of the action to the district court, or within thirty (30) days of that date, renew your motion to proceed on appeal in forma pauperis with this court.

If the motion is renewed in this court, it must comply with the terms of *Fed.R.App.P. 24(a)*.

If one of the above stated actions is not taken, the appeal will be dismissed.

form name: **c7_DC_Fee_Notice_Sent**(form ID: **158**)