# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

December 21, 2020

*By the Court:*

| Nos. 20-3396 & 20-3448 | WILLIAM FEEHAN,<br>Plaintiff - Appellant<br><br>v.<br><br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01771-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper ||

Upon consideration of the **PLAINTIFF-APPELLANT'S MOTION TO VOLUNTARILY DISMISS APPEAL CASE NO. 20-3396 AND APPLY FILING FEES PAID IN THAT CASE TO DUPLICATE CASE NO. 20-3448**, filed on December 21, 2020, by counsel for the appellant,

**IT IS ORDERED** that appeal no. 20-3396 is voluntarily **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b). Dismissal is without prejudice to appellant pursuing his claims in appeal no. 20-3448.

**IT IS FURTHER ORDERED** that no costs shall be assessed for the dismissed appeal no. 20-3396. The filing fee paid in appeal no. 20-3396 shall be applied to appeal no. 20-3448.

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 21, 2020

To:     Gina M. Colletti
        UNITED STATES DISTRICT COURT
        Eastern District of Wisconsin
        Milwaukee , WI 53202-0000

| No. 20-3396 | WILLIAM FEEHAN, Plaintiff - Appellant <br><br> v. <br><br> WISCONSIN ELECTIONS COMMISSION, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01771-PP <br> Eastern District of Wisconsin <br> District Judge Pamela Pepper ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:               F.R.A.P. 42(b)

STATUS OF THE RECORD:            no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                 **Received by:**

_____12/22/2020_____                            _____/s/ L. M. Forseth_____

form name: **c7_Mandate**(form ID: **135**)