# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 1, 2021

Before

MICHAEL S. KANNE, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 20-3448 | WILLIAM FEEHAN,<br>Plaintiff - Appellant<br>v.<br>WISCONSIN ELECTIONS COMMISSION, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01771-PP<br>Eastern District of Wisconsin<br>District Judge Pamela Pepper ||

The following is before the court:

1. **JOINT MOTION OF APPELLEES TO DISMISS APPEAL IS MOOT**, filed on January 25 2021, by counsel for the appellees.

2. **NOTICE OF APPELLANT'S CONCURRENCE WITH JOINT MOTION OF APPELLEES TO DISMISS APPEAL**, filed on January 26, 2021, by counsel for the appellant.

Appellees have moved to dismiss this appeal as moot and appellant has filed a concurrence. We agree with the litigants that there is no ongoing case or controversy. Accordingly,

- over -

No. 20-3448 Page 1

    **IT IS ORDERED** that the motion to dismiss is **GRANTED** to the extent that we **VACATE** the district court's decision and **REMAND** with instructions to dismiss the case as moot. This is the routine disposition of civil cases that become moot while on appeal, *see United State v. Munsingwear*, 340 U.S. 36 (1950), and this court's instructions reflect no criticism of the district court's timely decision on the merits.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

February 23, 2021

To:    Gina M. Colletti
       UNITED STATES DISTRICT COURT
       Eastern District of Wisconsin
       Milwaukee , WI 53202-0000

| | |
|---|---|
| No. 20-3448 | WILLIAM FEEHAN, Plaintiff - Appellant <br><br> v. <br><br> WISCONSIN ELECTIONS COMMISSION, et al., Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-01771-PP <br> Eastern District of Wisconsin <br> District Judge Pamela Pepper ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period

will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                      **Received by:**

2/21/2021                                                      /s/ Lisa M. Forseth
_____                              _____


form name: **c7_Mandate**(form ID: **135**)