# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04809-TCB
## Pearson et al v. Kemp et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/07/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:06 A.M.          COURT REPORTER: Lori Burgess
TIME IN COURT: 1:06                        DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

ATTORNEY(S)          Joshua Belinfante representing Brad Raffensperger
PRESENT:             Joshua Belinfante representing Brian Kemp
                     Joshua Belinfante representing David J. Worley
                     Joshua Belinfante representing Matthew Mashburn
                     Joshua Belinfante representing Rebecca N. Sullivan
                     Amanda Callais representing DCCC
                     Amanda Callais representing DSCC
                     Amanda Callais representing Democratic Party of Georgia, Inc.
                     Julia Haller representing Brian Jay Van Gundy
                     Julia Haller representing Carolyn Hall Fisher
                     Julia Haller representing Cathleen Alston Latham
                     Julia Haller representing Coreco Jaqan Pearson
                     Julia Haller representing Gloria Kay Godwin
                     Julia Haller representing James Kenneth Carroll
                     Julia Haller representing Vikki Townsend Consiglio
                     Harry MacDougald representing Brian Jay Van Gundy
                     Harry MacDougald representing Carolyn Hall Fisher
                     Harry MacDougald representing Cathleen Alston Latham
                     Harry MacDougald representing Coreco Jaqan Pearson
                     Harry MacDougald representing Gloria Kay Godwin
                     Harry MacDougald representing James Kenneth Carroll
                     Harry MacDougald representing Vikki Townsend Consiglio
                     Charlene McGowan representing Anh Le
                     Charlene McGowan representing Brad Raffensperger
                     Charlene McGowan representing Brian Kemp
                     Charlene McGowan representing David J. Worley

       Charlene McGowan representing Matthew Mashburn
       Charlene McGowan representing Rebecca N. Sullivan
       Carey Miller representing Anh Le
       Carey Miller representing Brad Raffensperger
       Carey Miller representing Brian Kemp
       Carey Miller representing David J. Worley
       Carey Miller representing Matthew Mashburn
       Carey Miller representing Rebecca N. Sullivan
       Sidney Powell representing Brian Jay Van Gundy
       Sidney Powell representing Carolyn Hall Fisher
       Sidney Powell representing Cathleen Alston Latham
       Sidney Powell representing Coreco Jaqan Pearson
       Sidney Powell representing Gloria Kay Godwin
       Sidney Powell representing James Kenneth Carroll
       Sidney Powell representing Vikki Townsend Consiglio
       ** Abigail Frye

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [43]Motion to Dismiss GRANTED<br>[63]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Defendants' motions are GRANTED. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. |
| HEARING STATUS: | Hearing Concluded |

Case 2:20-cv-01771-PP   Filed 03/31/21   Page 2 of 2   Document 98-1