# EXHIBIT A

| Date | JAM Description | JAM Hours | RES Description | RES Hours | RAM Description | RAM Hours | Description (Others) | Hours |
|---|---|---|---|---|---|---|---|---|
| | FEEHAN v. WEC TIME ENTRIES | | | | | | | |
| 1-Dec | [Feehan] - Review Feehan complaint | 1.8 | | | [Feehan] - Review complaint and affidavits filed by Feehan (2.2); research regarding possible grounds for dismissal (3.3); draft outline of arguments for dismissal of Feehan complaint (1.8). | 7.3 | | |
| 2-Dec | [Feehan] - Telephone conferences and email exchanges with VPP team re Feehan case (1.6); conference calls (.8) and email exchange with Ms. Snyder, Mr. Manthe, and co-counsel (.3);review Feehan pleadings and outline of response to motion for injunctive relief (0.6); telephone conference and email exchanges with Mr. Nilsestuen re Feehan case (0.2); email exchanges with Mr. Dean (0.2); email exchanges with DOJ re Feehan case (0.2); telephone conferences with Ms. Snyder, Mr. Manthe, and Ms. Eyers re Feehan case (0.2); research, draft, and revise notice of related case for filing in the Feehan case (1.1); email draft notice to team (0.1); email draft notice to Mr. Nilsestuen (0.1); email to Ms. Eyers (0.1). | 5.5 | [Feehan] - Conference calls (.8) and email exchange with Mr. Mandell, Mr. Manthe, and co-counsel (.3); review federal complaint (1.7); telephone conferences with Mr. Mandell, Mr. Manthe, and Ms. Eyers re Feehan case (0.2). | 3 | [Feehan] - Conference calls (.8) and email exchange with Mr. Mandell, Ms. Snyder, and co-counsel (.3); research regarding dismissal and opposition to TRO (2.5); attend meeting with litigation team (1.0); outline TRO response arguments (4.8); telephone conferences with Mr. Mandell, Ms. Snyder, and Ms. Eyers re Feehan case (0.2). | 9.6 | | |

| Date | Task | Hours | Task | Hours | Task | Hours |
|---|---|---|---|---|---|---|
| 3-Dec | [Feehan] - Draft, revise, finalize, and file motion to reassign related case (1.2); review amended complaint in Feehan case (1.3); meet and confer with opposing counsel in Feehan case (0.7); email exchanges with Mr. Nilsestuen re Feehan case (0.5); draft opposition to briefing schedule in Feehan case (0.7); conference with Ms. Snyder (.2). | 4.6 | [Feehan] - Draft and coordinate co-counsel admission papers for the Eastern District of WI (2); conference with Mr. Mandell (.2); draft reply to defendant's opposition to reassignment (2.3); Zoom conference with co-counsel (.6). | 5.1 | [Feehan] - Draft brief opposing Feehan motion for TRO. | 3.1 |
| 4-Dec | [Feehan] - Finalize and file scheduling proposal in Feehan case (0.3); revise and file motion to extend page limits in Feehan case (0.7). | 1.0 | [Feehan] - Draft motion for leave to file oversized memorandum in Feehan case (1.8). | 1.8 | [Feehan] - Draft brief opposing Feehan motion for TRO. | 2.7 |
| 5-Dec | [Feehan] -Telephone conference with Mr. Nilsestuen re Feehan case (0.2); telephone conferences with Ms. Snyder re Feehan case (0.3); email exchanges with Ms. Brook re Feehan case (0.3); conference calls with Ms. Snyder, Mr. Manthe, and VPP team re Feehan case (1.0); review and revise TRO brief in Feehan case (6.1); email exchanges with Ms. Snyder and Mr Manthe re Feehan case (0.3). | 8.2 | [Feehan] - Conference calls with Mr. Mandell, Mr. Manthe, and with co-counsel re Feehan case (1.0); draft motion to dismiss and brief in support of motion (10.6); telephone conferences with Mr. Mandell re Feehan case (0.3). | 11.6 | [Feehan] - Conference call with Mr. Mandell, Ms. Snyder and co-counsel re Feehan case (1.0); draft brief opposing TRO in Feehan case (7.9). | 8.9 |

| Date | Task | Hours | Task | Hours | Task | Hours | Task | Hours |
|---|---|---|---|---|---|---|---|---|
| 6-Dec | [Feehan] - Review and revise successive drafts of brief in support of motion to dismiss Feehan case and brief in opposition to TRO in Feehan case (8.4); telephone conferences and email exchanges with Ms. Snyder and VPP team (1.1); email exchange with DOJ re Feehan case (0.3); review filings by Feehan plaintiffs (0.6). | 10.4 | [Feehan] - Conference calls and email exchanges with Mandell and co-counsel re Feehan (1.1); draft briefs opposing TRO and in support of motion to dismiss in Feehan (9.5) | 10.6 | [Feehan] - Conference with co-counsel re Feehan (.8); draft brief opposing TRO in Feehan (4.0); draft brief in support of motion to dismiss in Feehan (5.5). | 10.3 | | |
| 7-Dec | [Feehan] - Revise, finalize, and file briefs in Feehan case (3.4); telephone conferences with Mr. Nilsestuen re Feehan case (0.3); telephone conferences with Ms. Eyers (0.2); conference calls with Ms. Snyder and Mr. Manthe (1.3). | 5.2 | [Feehan] - Continue working on Feehan brief in support of motion to dismiss (2.0); conference calls with Mr. Mandell and Mr. Manthe (1.3); email exchange (0.4) and conference with co-counsel (0.9); proof and finalize motion to dismiss and supporting brief for filing (2.2). | 6.8 | [Feehan] - Draft and finalize brief opposing motion for TRO (6.9); conference calls with Mr. Mandell and Ms. Snyder (1.3). | 8.2 | | |
| 8-Dec | [Feehan] - Prepare for and participate in status conference before Judge Pepper in Feehan case (1.8); telephone conference with Ms. Brook re Feehan case (0.6); email exchanges and telephone with VPP team re Feehan case (0.8); telephone conferences with Ms. Snyder and Mr. Manthe re Feehan case (0.3). | 3.5 | [Feehan] - Attend status confrence (.8); conference with Mr. Mandell and Mr. Manthe re Feehan case (0.3); conference call (0.5) and email exchange (0.3) with co-counsel re Feehan case; draft reply brief in support of motion to dismiss Feehan case (2.8). | 4.7 | [Feehan] - Attend court hearing in Feehan case (0.8); draft reply brief in support of motion to dismiss Feehan case (4.6); telephone conferences with Mr. Mandell and Ms. Snyder re Feehan case (0.3). | 5.7 | | |
| 9-Dec | [Feehan] -Revise, finalize, and file reply brief in support of Feehan MTD (3.2); review Feehan decision (0.7); telephone conference with VPP team re Feehan decision (0.6). | 4.5 | [Feehan] - Finalize reply brief in support of motion to dismiss. | 4.3 | [Feehan] - Draft reply brief in support of motion to dismiss. | 3.6 | | |

| Date | Description | Hours | Description | Hours | Description | Hours | Hours |
|---|---|---|---|---|---|---|---|
| 10-Dec | [Feehan] - Review appeal of Feehan case. | 0.3 | | | | | |
| 11-Dec | | | | | | | |
| 12-Dec | [Feehan] - Review Feehan filing at SCOTUS (0.4); email exchanges with Mr. Manthe and Ms. Snyder re Feehan fliing (0.1); email exchange with Mr. Nilsestuen re Feehan filing (0.2). | 0.7 | [Feehan] - Email exchanges with Mr. Mandell and Mr. Manthe re Feehan filing. | 0.1 | [Feehan] - Review plaintiff's petition to SCOTUS (.4); email exchanges with Mr. Mandell and Ms. Snyder regarding petition (.1). | 0.5 | |
| 13-Dec | | | | | | | |
| 14-Dec | | | | | | | |
| 15-Dec | [Feehan] - Review Feehan notice of supplemental authority. | 0.3 | | | | | |
| 16-Dec | | | | | | | |
| 17-Dec | [Feehan] - Telephone conference with Mr. Murphy re Feehan email from Mr. Dean. | 0.3 | | | | | |
| 18-Dec | [Feehan] - Email exchange with Mr. Murphy re Feehan motion to consolidate. | 0.2 | | | | | |
| 19-Dec | | | | | | | |
| 20-Dec | | | | | | | |
| 21-Dec | | | | | | | |
| 22-Dec | | | | | | | |
| 23-Dec | | | | | | | |
| 24-Dec | | | | | | | |
| 25-Dec | | | | | | | |
| 26-Dec | | | | | | | |
| 27-Dec | | | | | | | |
| 28-Dec | | | | | | | |
| 29-Dec | | | | | | | |
| 30-Dec | | | | | | | |
| 31-Dec | | | | | | | |
| 1-Jan | | | | | | | |
| 2-Jan | | | | | | | |
| 6-Jan | | | | | | | |
| 7-Jan | | | | | | | |
| 8-Jan | | | | | | | |
| 9-Jan | | | | | | | |
| 10-Jan | | | | | | | |

| Date | Task | Hours | Task | Hours | Task | Hours | | |
|------|------|-------|------|-------|------|-------|---|---|
| 11-Jan | [Feehan] - Email to team re Seventh Circuit briefing schedule in Feehan appeal (0.1). | 0.1 | | | | | | |
| 12-Jan | | | | | | | | |
| 13-Jan | [Feehan] - Email exchange with Mr. Nelson about post-inauguration steps in Feehan case (0.1). | 0.1 | | | | | | |
| 14-Jan | [Feehan] - Telephone conference with Mr. Manthe re next steps in Feehan case (0.2); telephone conference with Mr. Roth re next steps in Feehan case (0.1). | 0.3 | | | [Feehan] - Telephone conference with Mr. Mandell re next steps in Feehan case (0.2). | 0.2 | | |
| 15-Jan | [Feehan] - Telephone conference with Ms. Snyder re Feehan case (0.1); email exchange with Mr. Nelson re Feehan case (0.1). | 0.2 | [Feehan] - Conference with Mr. Mandell regarding Feehan motion to dismiss (0.1); legal research regarding motions to dismiss Feehan case for mootness (0.4). | 0.5 | | | | |
| 16-Jan | | | | | | | | |
| 17-Jan | | | | | | | | |
| 18-Jan | [Feehan] - Conference with Ms. Snyder and Mr. Manthe regarding motion to dismiss Feehan appeal (0.1); review and revise motion to dismiss Feehan appeal as moot (0.8); email exchange with Mr. Manthe re Feehan appeal (0.3). | 1.2 | [Feehan] - Conference with Mr. Mandell and Mr. Manthe regarding motion to dismiss Feehan appeal (0.1). | 0.1 | [Feehan] - Conference with Mr. Mandell and Ms. Snyder re motion to dismss Feehan appeal (0.1); draft motion to dismiss Feehan appeal for mootness (0.4); research regarding fee petition in Feehan case (0.4); email exchange with Mr. Mandell re Feehan appeal (0.3). | 1.2 | | |
| 19-Jan | [Feehan] - Review email from Mr. Murphy re Feehan appeal (0.1); email exchange with Ms. Snyder re Feehan appeal (0.2); email exchange with Ms. Brook re Feehan (0.1). | 0.4 | | | | | | |

| Date | Task | Hours | Task | Hours | Task | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 20-Jan | [Feehan] - Telephone conferences with Ms. Snyder and Ms. Eyers re SCOTUS filings in Feehan case (0.1); email exchanges with Mr. Manthe and Ms. Snyder re seeking sanctions in Feehan case (0.2); email exchange with Mr. Murphy re motion to dismiss Feehan CA7 appeal. (0.1). | 0.4 | [Feehan] - Research and draft waiver of response for Feehan mandamus petition (.6). | 0.6 | [Feehan] - Prepare fee petition in Feehan matter (1.1); research regarding reasonableness of fees (1.9). | 3 | | |
| 21-Jan | [Feehan] - Email exchange with Mr. Murphy and Ms. Snyder re Feehan appeal (0.1). | 0.1 | [Feehan] - Email exchange with Mr. Murphy and Mr. Mandell re Feehan appeal (0.1). | 0.1 | [Feehan] - Research regarding attorney fees in Feehan case (0.4). | 0.4 | | |
| 22-Jan | [Feehan] - Revise joint motion to dismiss Feehan appeal as moot (0.4). | 0.4 | [Feehan] - Revise Seventh Circuit motion to dismiss (.4). | 0.4 | [Feehan] - Draft outline of Feehan fee petition (1.0). | 1 | | |
| 23-Jan | | | | | | | | |
| 24-Jan | | | | | | | | |
| 25-Jan | [Feehan] - Review Supreme Court orders list for Feehan case (0.1); email exchange with Mr. Manthe and Ms. Snyder re Feehan case (0.1); email exchange with Mr. Murphy re Feehan case (0.1); email exchange with Mr. Dean re Feehan case (0.1). | 0.4 | [Feehan] - Email exchange with Mr. Manthe and Mr. Mandell re Feehan case (0.1); review and revise Feehan motion to dismiss and email to DOJ (0.4); revise MTD and discuss filing with Ms. Eyers (0.1); email to Mr. Nilsestuen regarding recent filings (0.1); email to DOJ regarding MTD filing (0.1); email to opposing counsel regarding Feehan filings (0.2). | 1 | [Feehan] - Email exchange with Mr. Mandell and Ms. Snyder re Feehan case (0.1); draft fee petition brief for Feehan (2.6). | 2.7 | | |
| 26-Jan | [Feehan] - Email exchanges re fee petitions in Feehan case. | 0.1 | | | [Feehan] - Draft fee petition in Feehan matter; correspond with co-counsel regarding fee petition. | 3.3 | | |
| 27-Jan | | | | | | | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 28-Jan | [Feehan] - Email exchange with Dr. Burden re bills for expert review in Feehan case (0.1). | 0.1 | | | | | | |
| 29-Jan | | | | | | | | |
| 30-Jan | | | | | | | | |
| 31-Jan | [Feehan] - Email exchange with Mr. Burden re expert work in Feehan matter (0.1); email exchange with Mr. Nelson and Ms. Brook re expert invoice for Feehan matter (0.1); email exchange with Mr. Kennedy re expert work in Feehan case (0.1). | 0.3 | | | | | | |
| 1-Feb | | | | | [Feehan] - Draft brief supporting fee petition (1.7). | 1.7 | | |
| 2-Feb | | | | | [Feehan] - Draft fee petition (1.6). | 1.6 | | |
| 3-Feb | | | | | | | | |
| 4-Feb | [Feehan] - Telephone conference and follow-up email exchange with Mr. Manthe re Feehan case and timing of mandate (0.3). | 0.3 | | | [Feehan] - Telephone conference and follow-up email exchange with Mr. Mandell re Feehan case and timing of mandate (0.3). | 0.3 | | |
| 5-Feb | | | | | | | | |
| 6-Feb | | | | | | | | |
| 7-Feb | | | | | | | | |
| 8-Feb | | | [Feehan] - Review and revise brief in support of fee petition in Feehan matter (2.1). | 2.1 | | | | |
| 9-Feb | | | | | | | | |
| 10-Feb | | | [Feehan] - Revise brief in support of fee petition (.7); email to Mr. Manthe regarding the same (.1). | 0.8 | [Feehan] - Review email from Ms. Snyder regarding brief in support of fee petition (.1). | 0.1 | | |
| 11-Feb | | | | | | | | |
| 12-Feb | | | | | | | | |
| 13-Feb | | | | | | | | |
| 14-Feb | | | | | | | | |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 15-Feb | | | | | [Feehan] - Draft declaration in support of fee petition (.5). | 0.5 | | |
| 16-Feb | | | | | | | | |
| 17-Feb | | | | | | | | |
| 18-Feb | | | | | | | | |
| 19-Feb | | | | | | | | |
| 20-Feb | | | | | | | | |
| 21-Feb | | | | | | | | |
| 22-Feb | [Feehan] - Email exchange with Ms. Snyder and Mr. Manthe re Feehan case (0.1); review and revise draft declaration in support of fee petition in Feehan case (2.5). | 2.6 | [Feehan] - Email exchange with Mr. Mandell and Mr. Manthe re Feehan case (0.1). | 0.1 | [Feehan] - Email exchange with Mr. Mandell and Ms. Snyder re Feehan case (0.1). | 0.1 | | |
| 23-Feb | [Feehan] - Telephone conferences with Mr. Manthe re Feehan case (0.3); emails to Mr. Murphy and Ms. Brook re Feehan case (0.4). | 0.7 | [Feehan] - Work on Feehan fee petition declaration (.7) | 0.7 | [Feehan] - Telephone conferences with Mr. Mandell re Feehan case (0.3); correspond with co-counsel regarding fee petitions for Feehan case (.3). | 0.6 | | |
| 24-Feb | [Feehan] - Telephone conference with DOJ re Feehan (0.2); telephone conference with Mr. Poland re Feehan (0.4); email to Mr. Manthe and Ms. Snyder re Feehan (0.1); research Federal Rule of Civil Procedure 54 and ED Wis local rules for Feehan case (0.8); review and revise draft brief for fees in Feehan (1.3). | 2.8 | [Feehan] - Email from Mr. Mandell re Feehan (0.1). | 0.1 | [Feehan] - Email from Mr. Mandell re Feehan (0.1). | 0.1 | | |

| Date | Description | Hours | Description | Hours | Description | Hours |
|---|---|---|---|---|---|---|
| 25-Feb | [Feehan] - Email exchange and telephone conference with Mr. Manthe and Ms. Snyder re Feehan (0.6); telephone conference with Mr. Dean re Feehan (0.3); draft and revise proposed scheduling order re Feehan (0.9); email to Mr. Dean re Feehan (0.2); email exchanges with Ms. Snyder and Mr. Manthe re Feehan (0.3). | 2.3 | [Feehan] - Email exchange and conference with Mr. Mandell and Mr. Manthe regarding Feehan fee petition (.6); legal research regarding deadlines for fee petitions (1.8); review proposed joint motion for fee petition briefing schedule (.1). | 2.5 | [Feehan] - Call with Mr. Mandell and Ms. Snyder regarding fee petition (.6); draft motion for fees (.5). | 1.1 |
| 26-Feb | [Feehan] - Email exchange with Mr. Dean re Feehan (0.3); telephone conference with Ms. Snyder re Feehan (0.4); email exchanges with Mr. Manthe and Ms. Snyder re Feehan (0.2); review and revise motion for fees in Feehan (0.5). | 1.4 | [Feehan] - Research federal and local court rules relating to Feehan fee petition (.7); conference with Mr. Mandell regarding the same (.4). | 1.1 | [Feehan] - Email exchanges with Mr. Mandell and Ms. Snyder re Feehan (0.2). | 0.2 |
| 27-Feb | [Feehan] - Email exchanges with Ms. Snyder and Mr. Manthe re Feehan (0.7); review and revise motion for fees in Feehan (0.2); review and revise draft brief in support of fee motion in Feehan (2.4). | 3.3 | [Feehan] - Conference with Mr. Mandell and Mr. Manthe regarding Feehan fee petition filing strategy (.7). | 0.7 | [Feehan] - Conference with Mr. Mandell and Ms. Snyder regarding Feehan fee petition filing strategy (.7). | 0.7 |
| 28-Feb | [Feehan] - Review and revise brief in support of fee award in Feehan (4.1); email exchanges with Ms. Snyder and Mr. Manthe re Feehan (0.3); review declarations filed in support of recent fee petitions to strategize for motion in Feehan (0.4). | 4.8 | [Feehan] - Legal research regarding court's authority to impose sanctions (1.6); email exchange with Mr. Mandell and Mr. Manthe regarding the same (.3). | 1.9 | [Feehan] - Research regarding fee petition motion (.4); email exchange with Mr. Mandell and Ms. Snyder (.3); draft fee motion (.2). | 0.9 |

| Date | Description | Hours | Description | Hours | Description | Hours | | |
|---|---|---|---|---|---|---|---|---|
| 1-Mar | [Feehan] - Telephone calls, email exchanges, and instant messages to discuss fee issues in Feehan with Ms. Snyder (1.2); telephone call and email exchange to discuss fee issues in Feehan with Mr. Nelson (0.6); review research on fee issues in Feehan (0.6); telephone conferences with other lawyers re potential declarations in support of fee motion in Feehan (0.5); email exchange with Mr. Dean in Feehan case (0.2). | 3.1 | [Feehan] - Conference with Mr. Mandell regarding motion for fees and legal strategy (.4); revise motion for sanctions and attorneys fees (.3); legal research regarding computation of attorneys' fees and court authority to award fees and to impose sanctions (2.5). | 3.2 | | | | |
| 2-Mar | [Feehan] - Telephone conference with Mr. Nilsestuen re Feehan (0.2); email exchanges and telephone conference with Ms. Snyder and Mr. Manthe re Feehan (0.8). | 1.0 | [Feehan] - Conference with Mr. Mandell and Mr. Manthe regarding fee petition strategy and research plan (.8). | 0.8 | [Feehan] - Conference with Mr. Mandell and Ms. Snyder regarding Feehan (.8). | 0.8 | | |
| 3-Mar | | | | | | | | |
| 4-Mar | [Feehan] - Telephone conference with Mr. Shackelford re Feehan case (.3). | 0.3 | [Feehan] - Telephone conference with Mr. Shackelford re Feehan case (.3). | 0.3 | | | | |
| 5-Mar | | | | | | | | |
| 6-Mar | | | | | | | | |
| 7-Mar | | | | | | | | |
| 8-Mar | | | | | | | | |
| 9-Mar | | | | | | | | |
| 10-Mar | [Feehan] - Email exchanges with Mr. Manthe and Ms. Snyder re fee issues in Feehan case (0.2). | 0.2 | [Feehan] - Email exchanges with Mr. Mandell and Mr. Manthe re fee issues in Feehan case (0.2). | 0.2 | [Feehan] - Email exchanges with Mr. Mandell and Ms. Snyder re fee issues in Feehan case (0.2). | 0.2 | | |

| Date | Description | Hours | Description | Hours | Description | Hours |
|---|---|---|---|---|---|---|
| 11-Mar | [Feehan] - Review research memo re fees issues in Feehan case (0.2). | 0.2 | [Feehan] - Research regarding district court jurisdiction over appellate fee petitions and joint and several liability for fee awards (.9); email to Mr. Mandell and Mr. Manthe regarding the same (.2). | 1.1 | | |
| 12-Mar | [Feehan] - Telephone conference with Mr. Manthe and Ms. Snyder re fee petitions in Feehan case (.6) | 0.6 | [Feehan] - Conference with Mr. Mandell and Mr. Manthe regarding Feehan fee petition (.6) | 0.6 | [Feehan] - Telephone conference with Mr. Mandell and Ms. Snyder re fee petitions in Feehan case (.6) | 0.6 |
| 13-Mar | | | | | | |
| 14-Mar | | | | | | |
| 15-Mar | [Feehan] - Telephone conference with Ms. Rosenzweig re declaration in support of fee petitions in Feehan case. | 0.1 | | | | |
| 16-Mar | | | | | | |
| 17-Mar | | | [Feehan] - Work on Feehan fee petition motion and brief (1.2). | 1.2 | | |
| 18-Mar | | | [Feehan] - Work on Feehan fee petition brief (2.3). | 2.3 | | |
| 19-Mar | [Feehan] - Work on fee petition for Feehan case (0.8). | 0.8 | [Feehan] - Draft brief in support of Feehan motion for fees (3.8). | 3.8 | | |
| 20-Mar | [Feehan] - Review billing records and revise declaration in support of fee petition in Feehan case (2.0); email to Mr. Manthe and Ms. Snyder re fee petition in Feehan case (0.1); emails to other attorneys who will provide declarations in support of fee petition in Feehan case (0.3). | 2.4 | [Feehan] - Continue working on brief in support of Feehan motion for fees (3.2); revise Feehan motion for fees (.4). | 3.6 | | |
| 21-Mar | | | | | [Feehan] - Prepare fee petition (.1). | 0.1 |

| Date | Task | Hrs | Task | Hrs | Task | Hrs |
|---|---|---|---|---|---|---|
| 22-Mar | [Feehan] - Review motion for fees and brief in support in Feehan (2.4); telephone conference with Mr. Manthe and Ms. Snyder re fee petition in Feehan (0.5); email exchanges and telephone conferences with other attorneys about declaration in support of fee petition in Feehan (.2). | 3.1 | [Feehan] - Conference call with Mr. Mandell and Mr. Manthe regarding Feehan brief in support of motion for fees (.5); work on Feehan brief (1.5). | 2 | [Feehan] - Conference with Mr. Mandell and Ms. Snyder regarding fee petition briefs (.5) | 0.5 |
| 23-Mar | [Feehan] - Email exchanges and telephone calls with other counsel re fee petitions in Feehan case (0.2). | 0.2 | [Feehan] - Work on Feehan brief in support of motion for fees (2.6). | 2.6 | | |
| 24-Mar | [Feehan] - Telephone conference with Ms. Snyder re Feehan fee petition (0.3); telephone conference and emails exchanges with attorneys submitting declarations in support of Feehan fee petition (0.4); email exchange and telephone conference re expert witness invoice in Feehan case (0.2). | 0.9 | [Feehan] - Review Mr. O'Neill's Feehan petition declaration (.1); work on brief in support of Feehan motion for fees (1.7). | 1.8 | | |
| 25-Mar | [Feehan] - Email exchange with Ms. Snyder re fee petition in Feehan case (0.2). | 0.2 | [Feehan] - Work on Feehan brief in support of fee petition (5.7); email exchange with Mr. Mandell re fee petition (.2). | 5.9 | | |
| 26-Mar | [Feehan] - Telephone conference with Ms. Snyder re Feehan case (0.3); review and revise brief in support of fees in Feehan case (4.1). | 4.4 | [Feehan] - Conference with Mr. Mandell regarding Feehan fee petition (.3); work on Feehan petition brief (2.9). | 3.2 | | |

| Date | | | Description | Hours | | | Description | Hours |
|---|---|---|---|---|---|---|---|---|
| 27-Mar | | | [Feehan] - Work on Feehan fee petition brief (1.6); email exchange with Ms. Callan regarding the same (.1). | 1.7 | | | [Feehan] - Edit brief in support of petition for attorneys' fees and sanctions (3.4); email exchange with Ms. Snyder (.1). | 3.5 |
| 28-Mar | | | | | | | | |
| 29-Mar | | | | | | | | |
| 30-Mar | | | | | | | | |
| 31-Mar | | | | | | | | |
| TOTAL | | | | 86.3 | | 95 | 81.8 | 3.5 |