**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

WILLIAM FEEHAN,

       Plaintiff,

v.

WISCONSIN ELECTIONS COMMISSION,
and its members ANN S. JACOBS, MARK
L. THOMSEN, MARGE BOSTELMANN,              Case No.: 20CV1771-pp
JULIE M. GLANCEY, DEAN KNUDSON,
ROBERT F. SPINDELL, JR., in their official
capacities, GOVERNOR TONY EVERS,
in his official capacity,

       Defendants.

---

## NOTICE OF APPEAL

---

Notice is given that the defendant, Governor Tony Evers, in his official capacity as Wisconsin's Governor, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on August 24, 2022.

Dated this 23rd day of September, 2022.

/s/ Jeffrey A. Mandell
Jeffrey A. Mandell
Rachel E. Snyder
Richard A. Manthe
STAFFORD ROSENBAUM LLP
222 W. Washington Ave., Suite 900
Madison, WI 53701-1784
Telephone: 608-256-0226
Email: jmandell@staffordlaw.com
Email: rsnyder@staffordlaw.com
Email: rmanthe@staffordlaw.com

*Attorneys for Defendant, Governor Tony Evers*
