# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

September 23, 2022

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 22-2704 |
| Caption:<br>WILLIAM FEEHAN,<br>      Plaintiff - Appellee<br><br>v.<br><br>TONY EVERS, in his official capacity as Wisconsin's Governor,<br>      Defendant - Appellant |
| District Court No: 2:20-cv-01771-PP<br>District Judge Pamela Pepper<br>Clerk/Agency Rep Gina M. Colletti<br>Date NOA filed in District Court: 09/23/2022 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)