# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
v.   )   Case No.:
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ..................................................... | $ _____ |
| Fees for service of summons and subpoena ................................ | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ..................................... | _____ |
| Fees for witnesses *(itemize on page two)* .............................. | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................ | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................... | _____ |
| Compensation of court-appointed experts ................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | _____ |
| Other costs *(please itemize)* ... Special Mail Expense - Shipping .................. | _____ |
| TOTAL | $ _____ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

❒   Electronic service            ❒   First class mail, postage prepaid

❒   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____                                                                                  Date: _____
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
*Clerk of Court*           *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | **TOTAL** | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# Transaction Details



## FEDEX OFFIC

## $426.72

## Transaction details

| | |
|---|---|
| Type | Sale |
| Transaction date | Feb 03, 2023 |
| Posted date | Feb 05, 2023 |
| Description | FEDEX OFFIC19100001917 |
| Merchant type | Quick-copy and reproduction services |
| Method | In person Apple Pay |
| Category | Personal |
| Reference number | 24164073034069995715137 |
| Memo (optional) | Feehan v Evers - Briefs |

# FedEx Office

Address:                3905 OAK LAWN AVE
                        DALLAS
                        TX 75219
Location:               DALKC
Device ID:              ~BTC02
Transaction:            940358190988

## FedEx 2Day
Tracking Number:
394204078250    10.70 lb (S)         60.38
    Declared Value    0
Recipient Address:
    Everett Mckinley Dirksen
    U.S. COURT OF APPEALS
    219 S DEARBORN ST
    RM 2722
    CHICAGO, IL 60604
    0000000000

Scheduled Delivery Date 02/07/2023

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Extra Large Box

---

## FedEx 2Day
Tracking Number:
394204213204    0.70 lb (S)          29.28
    Declared Value    0
Recipient Address:
    Jonathan L Williams
    STATES UNITED DEMOCRACY CENTER INC.
    1101 17TH ST NW
    STE 250
    WASHINGTON, DC 20036
    0000000000

Scheduled Delivery Date 02/07/2023

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

---

## FedEx 2Day
Tracking Number:
394204402420    0.75 lb (S)          24.38
    Declared Value    0
Recipient Address:
    Jeffery A Mandell
    Stafford Rosenbaum LLP
    222 W Washington Ave Suite 900
    Madison, WI 53701
    0000000000

Scheduled Delivery Date 02/07/2023

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

              Shipment subtotal:    $114.04

                   Total Due:       $114.04

           FedEx SENDER Account
                   *****9078

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. The estimated shipping charge may be different than the actual charges

# Transaction Details

Help

## Sender Information

Sidney Powell

2911 TURTLE CREEK BLVD STE 300

DALLAS TX 75219
US

## Recipient Information

Everett Mckinley Dirksen

U.S. COURT OF APPEALS

219 S DEARBORN ST

RM 2722

CHICAGO IL 60604

US

## Shipment Details

| | |
|---|---|
| Ship date | 02/03/2023 |
| Tendered date | 02/03/2023 |
| Payment type | Third Party |
| Service type | FedEx 2Day |
| Zone | 05 |
| Package type | Customer Packaging |
| Rated weight | 13.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 6990106 |
| Declared value | |

## Charges

| | |
|---|---|
| Transportation Charge | 79.68 |
| Discount | -23.9 |
| Fuel Surcharge | 11.85 |
| **Total charges** | **$67.63** |

## Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

## Proof of Delivery

Case 2:20-cv-01771-PP   Filed 08/14/23   Page 5 of 6   Document 118

Delivery date   2023-02-06T10:28:0010:28

# Transaction Details

Help   Hide

## Sender Information

Sidney Powell
2911 TURTLE CREEK BLVD STE 300
DALLAS TX 75219
US

## Recipient Information

Jeffery A Mandell
Stafford Rosenbaum LLP
222 W Washington Ave Suite 900
MADISON WI 53701
US

## Shipment Details

| | |
|---|---|
| Ship date | 02/03/2023 |
| Tendered date | 02/03/2023 |
| Payment type | Third Party |
| Service type | FedEx 2Day |
| Zone | 05 |
| Package type | FedEx Pak |
| Rated weight | 2.00lbs |
| Pieces | 1 |
| Rated method | 1 |
| Meter No. | 6990106 |
| Declared value | |

## Charges

| | |
|---|---|
| Transportation Charge | 31.21 |
| Discount | -9.36 |
| Fuel Surcharge | 4.64 |
| **Total charges** | **$26.49** |

## Original Reference

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

## Proof of Delivery