# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

August 15, 2023

Daniel J Eastman
Eastman Law
PO Box 158
Mequon, WI 53092

Michael D Dean
Michael D Dean LLC
17035 W Wisconsin Ave - Ste 100
PO Box 2545
Brookfield, WI 53008

Brandon Johnson
Emily P Newman
Julia Z Haller
Sidney Powell
Sidney Powell PC
2911 Turtle Creek Blvd - Ste 300
Dallas, TX 75219

L Lin Wood
L Lin Wood PC
PO Box 52584
Atlanta, GA 30305-0584

Colin T Roth
Jody J Schmelzer
Sean Michael Murphy
Wisconsin Department of Justice
Office of the Attorney General
17 W Main St
PO Box 7857
Madison, WI 53707-7857

Davida Brook
Stephen Morrissey
Stephen Shackelford , Jr
Susman Godfrey LLP
1901 Ave of the Stars - Ste 950
Los Angeles, CA 90061
Jeffrey A Mandell

Rachel E Snyder
Richard Manthe
Stafford Rosenbaum LLP
222 W Washington Ave - Ste 900
PO Box 1784
Madison, WI 53701-1784

Justin A Nelson
Susman Godfrey LLP
1000 Louisiana St - Ste 5100
Houston, TX 77002-5096

Paul M Smith
Campaign Legal Center
1101 14th St NW - Ste 400
Washington, DC 20005

Re: **Feehan, et al. v. Wisconsin Elections Commission, et al.**
**Case No. 20-cv-01771**

Dear counsel:

Today, I received the plaintiff's proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking defendants to advise me in writing on or before **August 29, 2023,** whether there are objections to any of the costs.

If there are no objections to the proposed costs, defendants should promptly notify the court in writing, with a copy to opposing counsel.

If defendants do file an objection, it should be accompanied by a brief memorandum. Plaintiff will have until **September 5, 2023,** to file a response and any reply by defendants should be filed on or before **September 12, 2023**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: s/*Evan Romel*
Deputy Clerk