IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

WILLIAM FEEHAN,

    Plaintiff,

v.                                        Case No. 20-CV-1771

WISCONSIN ELECTIONS
COMMISSION, and its members ANN S.
JACOBS, MARK L. THOMSEN, MARGE
BOSTELMANN, JULIE M. GLANCEY,
DEAN KNUDSON, ROBERT F.
SPINDELL, JR., in their official
capacities, GOVERNOR TONY EVERS,
in his official capacity,

    Defendants.

## MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF OBJECT TO BILL OF COSTS

The Wisconsin Elections Commission Defendants, by their attorneys, hereby move this Court to extend the deadline for their reply in support of their objection to the Bill of Costs. Replies are currently due on September 12, 2023. Wisconsin Elections Commission Defendants request a 10-day extension until September 22, 2023. Wisconsin Elections Commission Defendants move on the following grounds:

1. The Court entered its order establishing a briefing schedule for the Bill of Costs on August 15, 2023. Defendants are filing an objection to the bill of costs.

2. Due to other obligations of counsel and previously scheduled times out of office for support staff, Defendants need more time to prepare, finalize, and file their reply.

3. This proposed change will not affect any other deadlines in this case.

4. This request is not being made for the purpose of delay or for any other improper purpose. Defendants are not requesting a modification to the order in any other manner.

WHEREFORE, Defendants respectfully request that the Court grant this motion extending the deadline of the reply to the Bill of Costs from September 12, 2023 to September 22, 2023 for the reasons set forth above.

Dated this 29th day of August 2023.

    Respectfully submitted,

    JOSHUA L. KAUL
    Attorney General of Wisconsin

    Electronically signed by:

    <u>s/S. Michael Murphy</u>
    S. MICHAEL MURPHY
    Assistant Attorney General
    State Bar #1078149

    Attorneys for WEC Defendants

2
Case 2:20-cv-01771-PP   Filed 08/29/23   Page 2 of 3   Document 121

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457
(608) 294-2907 (Fax)
murphysm@doj.state.wi.us